ARTICLES OF INCORPORATION

THE UNDERSIGNED, WHO ARE CITIZENS OF THE UNITED STATES, DESIRING TO FORM A NON-PROFIT CORPORATION UNDER THE NON-PROFIT CORPORATE LAW OF NEW JERSEY DO HEREBY CERTIFY;

FIRST: THE NAME OF THE CORPORATION SHALL BE "ASSOCIATION FOR BETTERMENT THROUGH EDUCATION AND LOVE", WHICH WILL BE COMMONLY REFERRED TO AS "ABEL INC."

SECOND: THE PLACE IN THIS STATE WHERE THE PRINCIPAL OFFICE OF THE CORPORATION IS TO BE LOCATED IS THE TOWNSHIP OF MIDDLETOWN, COUNTY OF MONMOUTH.

THIRD: SAID CORPORATION IS ORGANIZED EXCLUSIVELY FOR THE FUNDING OF CHARITABLE AND EDUCATIONAL PURPOSES, INCLUDING FOR SUCH PURPOSES THE MAKING OF DISTRIBUTIONS TO ORGANIZATIONS THAT QUALIFY AS EXEMPT ORGANIZATIONS UNDER SECTION 501 (c)(3) OF THE INTERNAL REVENUE CODE, OR CORRESPONDING SECTION OF ANY FUTURE FEDERAL TAX CODE. THE PRIMARY GOALS OF THE CORPORATION IS TO PROVIDE ASSISTANCE TO CHARITIES AND THE PUBLIC IN ANY OF THE FOLLOWING MANNER:

* RAISE MONIES THROUGH DONATIONS, GIFT ANNUITIES, SALES OF INFORMATION, AND ANY OTHER ACTIVITIES AS AGREED UPON BY THE BOARD OF DIRECTORS.
* INVEST ALL CORPORATE ASSETS PRUDENTLY WITH A VIEW TOWARDS MAXIMIZING INCOME AND GROWTH.
* DONATE A MINIMUM OF 85% OF ANNUAL INCOME TO CHARITIES OR NEEDY INDIVIDUALS AS APPROVED BY THE BOARD OF DIRECTORS.
* IDENTIFY AND EVALUATE ALL POSSIBLE CHARITIES, BY ACTIVITY, UTILIZATION OF ASSETS, AND ADMINISTRATIVE COST RATIOS.
* MAINTAIN SAID LIST OF CHARITIES, PROVIDING DONATIONS TO THOSE WHOSE ACTIVITIES PROVIDE THE MOST POSSIBLE GOOD FOR SOCIETY WITHIOUT REGARD FOR RACE, COLOR, OR CREED. THE PROVIDING OF EDUCATIONAL ENDEAVORS BY SAID CHARITIES ARE PRIME CONSIDERATIONS.
* SAID LIST OF CHARITIES AND OUR EVALUATIONS MAY BE MADE AVAILABLE TO THE PUBLIC AT NOMINAL COSTS.
* PROVIDE INVESTMENT ASSISTANCE AT REASONABLE COSTS TO CHARITIES WHO MAY WISH TO AVAIL THEMSELVES OF ANY EXPERTISE WHICH WE MAY HAVE ACHIEVED.
* THE EXPENSES OF THIS CORPORATION SHALL BE KEPT TO A BARE MINUMUM UTILIZING THE SAME SCRUTINY WHICH WE EXPECT OF THOSE CHARITIES TO WHICH WE MAKE CONTRIBUTIONS.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FINRA     F000670

FOURTH: THE NAMES AND ADDRESSES OF THE PERSONS WHO ARE THE INITIAL TRUSTEES AND BOARD OF DIRECTORS OF THE CORPORATION ARE AS FOLLOWS:

| NAME | ADDRESS |
|---|---|
| ANTHONY DEGREGORIO | 774 HARMONY ROAD NO. MIDDLETOWN, NJ 07734 |
| REGINA RUTHER | 31 SOCIETY HILL WAY TINTON FALLS, NJ 07724 |
| CHARLES TOMARO | 15 HOCKHACKSON ROAD COLTS NECK, NJ 07722 |

FIFTH: NO PART OF THE NET EARNINGS OF THE CORPORATION SHALL INURE TO THE BENEFIT, OR BE DISTRIBUTABLE TO ITS MEMBERS, TRUSTEES, OFFICERS, OR OTHER PRIVATE PERSONS, EXCEPT THAT THE CORPORATION SHALL BE AUTHORIZED AND EMPOWERED TO PAY REASONABLE COMPENSATION FOR SERVICES RENDERED AND TO MAKE PAYMENTS AND DISTRIBUTIONS IN FURTHERANCE OF THE PURPOSES SET FORTH IN ARTICLE THIRD HEREOF. NO SUBSTANTIAL PART OF THE ACTIVITIES OF THE CORPORATION SHALL BE THE CARRYING ON OF PROPAGANDA , OR OTHERWISE ATTEMPTING TO INFLUENCE LEGISLATION, AND THE CORPORATION SHALL NOT PARTICIPATE IN, OR INTERVENE FOR (INCLUDING THE PUBLISHING OR DISTRIBUTION OF STATEMENTS) ANY POLITICAL CAMPAIGN ON BEHALF OF ANY CANDIDATE FOR PUBLIC OFFICE. NOTWITHSTANDING ANY OTHER PROVISION OF THESE ARTICLES, THIS CORPORATION SHALL NOT, EXCEPT TO AN INSUBSTANTIAL DEGREE, ENGAGE IN ANY ACTIVITIES OR EXERCISE ANY POWERS THAT ARE NOT IN FURTHERANCE OF THE PURPOSES OF THIS CORPORATION.

SIXTH: ALL EXPENSES BORNE BY THE BOARD OF DIRECTORS SHALL NOT BE REIMBURSED BY THE CORPORATION BUT ARE THE SOLE RESPONSIBILITY OF SAID DIRECTORS.

SEVENTH: THE BASIC CRITERION FOR EVALUATING AND CHOOSING DONEES ARE AS FOLLOWS;
* CHARITIES WHICH HAVE FUNCTIONED A MINIMUM OF THREE YEARS.
* CHARITIES WHICH HAVE DEMONSTRATED A PRACTICE OF NON-DISCRIMINATION.
* CHARITIES WHICH HAVE DEMONSTRATED GOOD FAITH BY A COMPLETE RESPONSE TO OUR EVALUATION INQUIRY.
* CHARITIES PROVIDING ASSISTANCE WHICH INCLUDES A TENDANCY TO EDUCATE.
* CHARITIES MAINTAINING LOW ADMINISTRATION AND FUND RAISING COSTS; A MAXIMUM OF 15% OF BUDGET.

IN WITNESS WHEREOF, WE HAVE HEREUNTO SUBSCRIBED OUR NAMES THIS       DAY OF JANUARY, 1990.

_____   _____   _____
ANTHONY DEGREGORIO        REGINA RUTHER            CHARLES TOMARO

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FINRA                                F000671