## INVESTOR QUESTIONNAIRE - SUITABILITY

- Name: ▓▓▓▓▓▓ *Ryan*

- Age: *87*

- Marital Status: *Widow*

- Dependents: *0*

- Coursework, special training or seminars in finance, investments or business: *NO*

| Course or Seminar | Period Attended |
|---|---|
| *NONE* | ——— |
| *NONE* | ——— |

## INSTRUCTIONS: OPTIONAL QUESTION

- Are you willing to:

  a. Meet with staff?  Yes (✓) No ( )
  b. Testify at a hearing?  Yes (✓) No ( )

- If necessary, would you be willing to provide copies of your tax returns?
  Yes (✓) No ( )

- Investment History (prior to):

  a. Prior investment experience (no. of years): options *0* years;
     stocks *0* years; municipal bonds *0* years; commodities
     *0* years; mutual funds or unit investment trusts (e.g., municipal
     bond funds) *0* years; corporate bonds years; limited partnerships
     years; other(specify) *0 ; CD's + Savings accounts (PRIOR Experience)*

  *# at one point f owned some IBM+ Lucent Tech. stock*

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FINRA

b. Were above investments made through a broker-dealer?

Yes ( ) No (✓)
If so, identify the broker-dealer(s):

_Prior experience through job or the bank_

c. Please indicate the frequency of your investments:

___weekly ___monthly _✓_annually ___never ___other

- Evaluation of Investment Merits and Risks:

a. Have you subscribed to any investment advisory service or newsletter?

Yes ( ) No (✓)

What Service(s) or Newsletter(s):

_____

_____

_____

b. What investment publications have you subscribed to? When?

_____

_____

c. What investment publications do you read at work, the library, etc.?

_____

_____

d. Do you consult persons other than your registered representative to evaluate the merits and risks of an investment:

___weekly ___monthly ___annually ___never ___other

Who: _I didn't really invest prior to 2001_

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FINRA

- Investment resources:

    a.  What was your income from all sources for the 2002 calendar year?

    $ *39,000*

    b.  What percentage of your income was derived from:

    *0* % salary *40* % dividends and interest ___% capital gains

    *10* % pension ___% business income (sole proprietor or partnership)

    *50* % other. *(Social Security benefit)*

- Please complete the following section regarding your net worth:

    Statement of Financial Condition   *( see attached schedule )*

    **From January 2001 through June 2004**

    LIQUID ASSETS

    | | |
    |---|---|
    | Cash (checking, savings and bank money market accounts) | $_____ |
    | Cash (certificates of deposit) | _____ |
    | Marketable securities (market value) | _____ |
    | Mutual funds, including money market funds, not listed elsewhere | _____ |
    | IRA accounts, not listed elsewhere | _____ |
    | Cash surrender value of life insurance policy | _____ |
    | Other (specify below) | _____ |
    | TOTAL LIQUID ASSETS | $_____ |

    NON-LIQUID ASSETS: Approximate market value (If not ascertainable, please so state and give cost.)

    | | |
    |---|---|
    | Real Estate [excluding home(s) and home | $_____ |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FINRA

furnishing(s)]

Home(s) _____

Home furnishings _____

Automobile(s) (please list) _____

Pension/Retirement Plans (vested amounts) _____

Non-liquid securities, including limited partnership _____
investments

Other non-liquid assets (please specify below) _____

TOTAL NON-LIQUID ASSETS $_____

LIABILITIES:

Home Mortgages $_____

Other real estate mortgages _____

Automobile loans _____

Credit cards, charge accounts and other _____
installment loans

Notes payable _____

Future installment payments on limited _____
partnership investments, not listed above

Other liabilities (please specify below) _____

TOTAL LIABILITIES $_____

NET WORTH (Total assets less total $_____
liabilities)

## THE FOLLOWING QUESTIONS PERTAIN TO YOUR SECURITIES ACCOUNT AT AMERIPROP, INC.

- When did you first become acquainted with your broker-dealer and/or your registered representative?
  *Sometime in Second half of 2001*

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FINRA

- How did you become acquainted with your broker-dealer and/or your registered representative?

  *He had an ad in St Leo's Church bulletin and I called him after I saw the ad. I was intrigued with the ad because it said: Investments, Income Tax, and Insurance*

- Approximately, how frequently did your registered representative contact you prior to your first investment?

  *I called him + he came over to the house. He contacted me frequently —*

  What was said?

  *He said — let's see what you have and we'll work from there — The first thing we're going to do is cash in the bank accounts and CD's — We will wait until CD's mature and as each matures we will put the money in Waterhouse account.*

- What was your account number at Ameriprop, Inc.

  *I don't know the Ameriprop, Inc account # - I didn't get statements*

- In what name(s) was the account held?

  *It was held in the names of ▓▓▓▓▓▓▓ until my husband passed away in July 02.  Ryan*

- At the time you opened your account at your broker-dealer, what were your investment objectives?

  ✓ Conservative Appreciation      ____ Aggressive Appreciation

  ✓ Conservative Income      ____ Aggressive Income      ✓ Safety

  ____ Speculative      ____ Trading      ____ Other

- Did you communicate this (these) investment objective(s) to your registered representative?

  Yes (✓)  No ( )  *evidenced by his proposal to me*

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FINRA

Attach any written correspondence you sent or received from your
registered representative regarding your investment objectives.

20. At any time, while your securities account was open at your broker-dealer, did
your investment objectives change? Yes ( ) No (✓)

If so, when did they change?

_____

_____

- During the time you had a securities account at your broker-dealer, what was the
frequency of contact between you and your registered representative?

___Daily ___Weekly ___Monthly ✓Other (Specify)

- Who usually initiated this contact?

*Until he had control of my assets, I saw
him frequently (weekly). Then, it began to taper
off to the point it was sometimes difficult to see him. When*

- Did you speak or communicate with anyone else at your broker-dealer regarding
your securities account?

*my lawyer, at
this time, asked*

Yes ( ) No (✓)

*to see statements
he became upset
with me.*

- If so, with whom did you speak?

*Secretary — general business only*

- Were the securities recommended to you by your registered representative? If so,
when? Based upon what?

*Yes —
As I cashed in the C.D.'s + bank accounts,
he told me to send the money —
Obviously, I didn't know what
I was doing.*

- What did your registered representative say about companies in recommending
their purchase (or sale) to you?

*He manipulated things around — I
don't even remember writing the
checks + I didn't know about
these things, he did. He had a good
the church and I trusted
him — I mean it was foolish —*

_____

_____

- What, if anything, did your registered representative say about a company's:

1. Assets?

_Nothing_

_____

2. Operating History?

_Nothing_

_____

3. Financial condition?

_I'm sure he did but I don't remember — He talks fast !_

4. Experience of management?

_Nothing_

_____

5. Future prospects for earnings and/or growth?

_I don't know ! Maybe he did give me a line — (I don't know)_

- Did your registered representative discuss the investment risks attendant to these particular securities purchases?

_No_

_____
_____
_____
_____
_____

- Did your registered representative discuss why private placements were suitable for you, considering your objectives and your financial situation and needs?  If so, what did he say?  _No_

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FINRA

_____
_____

- Did you receive any prospectus, memorandum, sales literature, newspaper articles, etc. from your registered representative in support of his recommendations?

  Yes ( ) No (✓)

  If so, what?

  _____
  _____

- Did your registered representative predict that the private placement prices would rise (or fall)?  *He thought they were great investments.*

  Yes (✓) No ( )

  If so, to what price? What did he say would be the reason for such price movement? *When I asked him about the 150,000 IBF fund that went bankrupt, he said not to worry about that . . .*

- What, if any, statements by your registered representative most influenced your decision to buy (or sell)?

  *I was never asked those things directly. I left it in their hands to take care of —*

  _____
  _____

- Have you have any difficulty in selling your shares? Yes (✓) No ( )

  If so, please describe.

  *The IB Fund is bankrupt. The Veard and Lowe fund matures in 2015, maybe, according to the new broker. I will be 98 years old then. The oil well money is gone — Sometimes I received a dividend —*

- Did your registered representative ever tell you that you had to decide quickly because of a security's supply or for other reasons? Yes (✓) No (✗)

  If so, what was said?

  _But, I was called on December 30, 2002 and told that he was coming over to get a $10,000 check for his charity called ABLE._

- Do you recall any instances where you were under pressure by your registered representative to buy or sell quickly? Yes (✓) No (✗) If so, which trades? What was said?

  _To make a Charitable Contribution, to_

Thank you for your assistance. Please sign and date the completed questionnaire and return it to this office as soon as possible.

Date _7/1/04_   Signature ███████████  _C. Ryan_

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FINRA



RYAN

Statement of Financial Condition
January 2001 - June 2004

| | 01/01/01 | 12/31/01 | 12/31/02 | 12/31/03 |
|---|---|---|---|---|
| **LIQUID ASSETS** | | | | |
| Cash (checking, savings and bank money market accounts) | $ 351,900.33 | $ 36,222.36 | $ 37,444.90 | $ 17,465.00 |
| Cash (certificates of deposit) | 158,583.54 | 167,780.75 | - | - |
| Marketable securities (market value) | 71,300.00 | 13,850.00 | 145,230.00 | - |
| Mutual funds, including money market funds, not listed elsewhere | - | 98,700.00 | 137,200.00 | 94,385.79 |
| Cash surrender value of life insurance policy | - | - | - | - |
| Other (specify below) | - | - | - | - |
| **TOTAL LIQUID ASSETS** | 581,783.87 | 316,553.11 | 319,874.90 | 111,850.79 |
| **NON-LIQUID ASSETS:** Approximate market value (If not ascertainable, please so state and give cost) | | | | |
| Real Estate [excluding home(s) and home furnishing(s)] | - | | | |
| Homes | 160,000.00 | 160,000.00 | 165,000.00 | 170,000.00 |
| Home furnishings | 35,000.00 | 35,000.00 | 35,000.00 | 35,000.00 |
| Automobile(s) (please list) | - | | | |
| Pension/Retirement Plans (vested amount) | 9,800.00 | - | - | - |
| Non-liquid securities, including limited partnership investments (please specify below). | | | | |
| Veard | - | 75,481.00 | 95,906.00 | 61,936.00 |
| IBF | - | 150,000.00 | 48,000.00 | 48,000.00 |
| M&M | - | - | - | - |
| Other non-liquid assets (please specify below) | - | - | - | - |
| **TOTAL NON-LIQUID ASSETS** | 204,800.00 | 420,481.00 | 343,906.00 | 314,936.00 |
| **LIABILITIES:** | | | | |
| Home Mortgages | - | - | - | - |
| Other real estate mortgages | - | - | - | - |
| Automobile loans | - | - | - | - |
| Credit cards, charge accounts and other installment loans | - | - | - | - |
| Notes payable | - | - | - | - |
| Future installment payments on limited partnership investments, not listed above | - | - | - | - |
| Other liabilities (please specify below) | | | | |
| Margin Debit - TD Waterhouse | - | 723.73 | 23,508.24 | - |
| **TOTAL LIABILITIES** | - | 723.73 | 23,508.24 | - |
| **NET WORTH (Total assets less total liabilities)** | $ 786,583.87 | $ 736,310.38 | $ 640,272.66 | $ 426,786.79 |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FINRA