

# State of New Jersey
DEPARTMENT OF BANKING AND INSURANCE
DIVISION OF INSURANCE
20 WEST STATE ST. - PO BOX 325
TRENTON, NJ 08625-0325

Tel (609) 292-5427 ext. 50328
Fax (609) 633-0527

RICHARD J. CODEY
*Acting Governor*

DONALD BRYAN
*Acting Commissioner*

November 21, 2005

Tony DeGregorio
ABLE
168 Hope Rd.
Tinton Falls, NJ 07724

    RE:    Application for a Special Permit to Issue Charitable Gift Annuities in New Jersey

Dear Mr. DeGregorio:

    This will acknowledge your request for an application for a Special Permit to issue Charitable Gift Annuities in New Jersey. Please find enclosed the following items:

1. The application for the Special Permit.
2. Checklist of documents and/or information required of the applicant organization.
3. Proposed Form of Resolution.
4. Copy of N.J.S.A. 17B:17-13.1 (Charitable Annuities).
5. Copy of Order A04-107.
6. Copy of N.J.A.C. 11:4-8 (Charitable Annuities).
7. Copy of N.J.A.C. 11:4-26 (Annuity Mortality Tables).
8. Copy of N.J.S.A. 3B:20-11.1 (Prudent Investor Act).
9. A blank copy of the Annual Statement of the Segregated Gift Annuity Fund.

    I have enclosed the list of documents and/or information (item #2) required to accompany the completed application form. When you submit the necessary documents and/or information, please number each item to correspond with the number on the checklist.

Visit us on the Web at www.njdobi.org
New Jersey is an Equal Opportunity Employer • Printed on Recycled Paper and Recyclable
C:\Documents and Settings\BIPHELA\My Documents\z-appl\appltr.doc