# Association for Betterment through Education and Love inc.
## 168 Hope Road, Tinton Falls, New Jersey 07724

### ABEL CD

___11/10/07___
DATE

ABEL agrees to pay ___Anastasia Hoffman___ * $25,000 (Twenty Five Thousand %)

Plus interest accrued at 8% per annum. Interest is available to the CD holder upon ~~request~~ INTEREST TO BE PAID ON A MONTHLY BASIS ACLW

This CD is open ended whereby it is redeemable anytime after 30 days at the discretion of the holder.

_____
Anthony O. DeGregorio, President

* AMOUNT MODIFIED TO 44,000 EFFECTIVE 8/4/08 PAYING A MONTHLY DISTRIBUTION OF $293.33 (272.22 — 9/1/08 only)   _____ 8/4/08.

MODIFIED TO 6% 1/31/10   220/Mo.   ADV 1/4/10