IRA ROLLOVER REQUEST FORM

# ABEL INC.
## A PRIVATE CHARITABLE FOUNDATION

Please rollover the existing IRA which you hold, making the check payable to
ABEL Inc. FBO _____Gordon  A  Reinold_____ (est value. 73,113)
Mail check to:   ABEL INC.
                 168 Hope Road
                 Tinton Falls, NJ 07724

E-TRADE

**Current IRA Holder Entity:**

| Gordon A Reinold | 1941 | |
|---|---|---|
| Account Holder | Date of Birth | Social Security Number |
| | Matawan | NJ  07747 |
| Address | City | State and Zip Code |
| 66006 | Rollover IRA | |
| IRA Account Number | Type of IRA | Phone Number |

**Beneficiary Information:**

| Hilare Reinold | 1941 | |
|---|---|---|
| Account Holder Name | Date of Birth | Social Security Number |
| | Matawan | NJ  07747 |
| Address | City | State and Zip Code |
| Spouse | | NA |
| Relationship | Home Phone | Business Phone |

X _____[signature]_____     1/30/10
IRA Holder Signature         Date