## ABEL 17 YEAR SUMMARY  1990 – 2006

Dollars under investment in 1990     $ 13,000
Dollars under investment in 2006     $275,181

Number of contributors in 1990      1
Number of contributors in 2006      over 75

Board of Director members in 1990    0
Board of Director members in 2006    6

Formal approval from Internal Revenue Service as charitable entity 2-1-94
(All contributions to ABEL are tax deductible.)

16 year average annual investment return -  9.7%

Donations made to the following charities:

| CHARITY | FUNCTION | AMOUNT |
|---|---|---|
| Food for the Poor | Assistance to 20 of the poorer countries | $ 3,725 |
| St. Vincent's Academy | Education of inner city minorities | 18,500 |
| Family Life Center | Assistance to inner city families | 9,000 |
| Birth Haven | Unwed mother's education | 2,500 |
| Paxton Ministries | Assistance to needy families | 2,500 |
| Friendly Pregnancy Center | Unwed mother's education | 1,500 |
| Beyond the Barrier | Promotion of racial harmony | 500 |
| Del Val High School | Ethics Essay Contest | 2,824 |
| Geogian Court | Honduras Water Project | 2,500 |

TOTAL DONATIONS GIVEN   $43,549

Total annuity interest distributed to annuitants        $176,493