## ABEL 21 YEAR SUMMARY   1990 – 2010

Dollars under investment in 1990   $ 13,000
Dollars under investment in 2010   $258,950

Number of contributors in 1990      1
Number of contributors in 2010      over 100

Board of Director members in 1990   0
Board of Director members in 2010   11

Formal approval from Internal Revenue Service as charitable entity  2-1-94
(All contributions to ABEL are tax deductible.)

20 year average annual investment return -   9.8%

Donations made to the following charities:

| CHARITY | FUNCTION | AMOUNT |
|---|---|---|
| Food for the Poor | Assistance to 20 of the poorer countries | $13,725 |
| St. Vincent's Academy | Education of inner city minorities | 78,500 |
| Mercy Academy | Education of inner city minorities | 30,000 |
| Family Life Center | Assistance to inner city families | 9,000 |
| Birth Haven | Unwed mother's education | 2,500 |
| Paxton Ministries | Assistance to needy families | 2,500 |
| Friendly Pregnancy Center | Unwed mother's education | 1,500 |
| Beyond the Barrier | Promotion of racial harmony | 500 |
| Del Val High School | Ethics Essay Contest | 2,824 |
| Georgian Court | Honduras Water Project | 2,500 |

TOTAL DONATIONS GIVEN  $143,049

Total annuity interest distributed to annuitants        $301,410

AOD  04-01-2011 unaudited data