AUG 0 1 2005 -40

**Deed**

COUNTY OF MONMOUTH
CONSIDERATION_____
RTF _EXEMPT_     _____
DATE _8-20-05_ BY _ZL_

This Deed is made on
**BETWEEN**

whose post office address is

June 25, 2004

Margherita DeGregorio, Married

168 Hope Road, Tinton Falls, New Jersey 07724

606972

referred to as the Grantor,
**AND**

whose post office address is

Association for Betterment Through Education & Love
A New Jersey Not-For-Profit Corporation
168 Hope Road, Tinton Falls, New Jersey 07724

referred to as the Grantee.
The words "Grantor" and "Grantee" shall mean all Grantors and all Grantees listed above.

**1. Transfer of Ownership.**     The Grantor grants and conveys (transfers ownership of) the property (called the "Property") described below to the Grantee. This transfer is made for the sum of  less than ONE HUNDRED and no/100 DOLLARS ($100.00) ----------------------------------------------------
The Grantor acknowledges receipt of this money.

**2. Tax Map Reference.**   (N.J.S.A. 46:15-1.1) Municipality of   Tinton Falls
Block No.  56        Lot No.  3.01      Qualifier No.                 Account No.
  ☐ No lot and block or account number is available on the date of this Deed. (Check Box if Applicable.)

**3. Property.**   The Property consists of the land and all the buildings and structures on the land in
the           Borough           of           Tinton Falls
County of   Monmouth           and State of New Jersey. The legal description is:

   ☒ Please see attached Legal Description annexed hereto and made a part hereof. (Check Box if Applicable.)

   Being the same premises conveyed to the grantor herein by Deed from Anthony DeGregorio, Married, dated May 28, 2004, which Deed was recorded in the Monmouth County Clerk's Office on June 17, 2004 in Book OR-8372 at Page 8436.

M CLAIRE FRENCH,CTY CLK
MONMOUTH COUNTY,NJ

INSTRUMENT NUMBER
2005133762
RECORDED ON
Aug 20, 2005
10:36:44 AM
BOOK:OR-8487
PAGE:6757
Total Pages: 5

COUNTY RECORDING     $80.00
FEES
TOTAL                $80.00

Prepared by: (print signer's name below signature)

Edward M. Fink, Esq.

(For Recorder's Use Only)

103 - Deed - Bargain and Sale
Cov. to Grantor's Act - Ind. to Ind. or Corp.
Plain Language Rev. 7/01  P11/03

©2001 by ALL-STATE LEGAL®
A Division of ALL-STATE International, Inc.
www.aslegal.com  800.222.0510     Page 1

## LEGAL DESCRIPTION

ALL that certain lot, parcel or tract of land, situate and lying in the Borough of Tinton Falls, County of Monmouth, State of New Jersey, and being more particularly described as follows:

BEGINNING at a point on the westerly line of Hope Road at a point of intersection of the Northeasterly corner of Lot 3.03 and the southeasterly corner of Lot 3.01 herein described; and running thence

(1)   South 84 degrees 07 minutes West, 270.88 feet along the northerly line of lot 3.03 to the Easterly line of Lot 3.05; thence running

(2)   Along same, North 8 degrees 28 minutes 55 seconds West, 150.96 feet to a point in the Southeasterly corner of Lot 3.06; thence running

(3)   Along the easterly line of Lot 3.06, North 11 degrees 06 minutes 40 seconds east, 153.08 feet to the southerly line of lot 3.02; thence running

(4)   Along same, North 84 degrees 07 minutes East, 270.88 feet to the Westerly line of Hope Road; thence running

(5)   Along same, South 1 degree 23 minutes west, 299.60 feet to the point and place of BEGINNING.

BEING and intended to be known as Lot No. 3.01 in Block 56, as shown and designated on the Tax Map of the Borough of Tinton Falls, Monmouth County, New Jersey.

The foregoing description is in accordance with a survey prepared by Gregory Prochoren, P.L.S., Inc., dated May 1,1989.

BEING known as Lot No. 3.01 in Block 56 as shown on map entitled, "Final Map of Park Wood Manor, Borough of Tinton Falls, Monmouth County, New Jersey, dated December 17, 1983" and filed in the Monmouth County Clerk's office on June 8, 1984 as Case #193-12.