Westlaw.

APN:00056-0000-00003-0001                                                              Page 1

## Real Property Transaction Record

### Source Information

| | |
|---|---|
| **Filings Collected Through:** | 02/18/2011 |
| **County Last Updated:** | 03/03/2011 |
| **Frequency of Update:** | BIWEEKLY |
| **Current Date:** | 03/21/2011 |
| **Source:** | COUNTY CLERK, MONMOUTH, NEW JERSEY |

### Owner Information

| | |
|---|---|
| **Owner(s):** | DEGREGORIO, ANTHONY & MARGHERITA |
| **Owner Relationship:** | HUSBAND AND WIFE |
| **Absentee Owner:** | SITUS FROM SALE (OCCUPIED) |
| **Property Address:** | **168 HOPE RD**<br>**TINTON FALLS,** NJ 07724-3010 |
| **Mailing Address:** | 168 HOPE RD<br>TINTON FALLS, NJ 07724-3010 |

### Property Information

| | |
|---|---|
| **County:** | MONMOUTH |
| **Assessor's Parcel Number:** | 00056-0000-00003-0001 |
| **Property Type:** | SINGLE FAMILY RESIDENCE - TOWNHOUSE |
| **Land Use:** | SINGLE FAMILY RESIDENCE |

### Transaction Information

| | |
|---|---|
| **Transaction Date:** | 09/22/2009 |
| **Seller Name:** | ASSOCIATION OF BETTERMENT & EDUCATI |
| **Deed Type:** | QUIT CLAIM DEED |
| **Document Type:** | QUIT CLAIM DEED |
| **Type of Transaction:** | RESALE |
| **Mortgage Amount:** | $388,750.00 |
| **Mortgage Type:** | CONVENTIONAL |
| **Mortgage Term:** | 30 YEARS |
| **Mortgage Deed Type:** | MORTGAGE DEED |
| **Mortgage Date:** | 09/22/2009 |

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.

| | |
|---|---|
| **Mortgage Due Date:** | 10/01/2039 |
| **Lender Name:** | QUICKEN LNS |
| **Lender Address:** | LIVONIA, MI 48152 |
| **Recording Date:** | 10/16/2009 |
| **Document Number:** | 117953 |
| **Recording Book/Page:** | BOOK 8802, PAGE 1380 |
| **Title Company:** | US RECORDINGS INC |
| **Construction Type:** | SALE IS A RE-SALE |
| **Purchase Payment:** | MORTGAGE |

TAX ASSESSOR RECORD is available for this property. The record contains information from the office of the local real property tax assessor office. In addition to identifying the current owner, the record may include tax assessment information, the legal description, and property characteristics. Additional charges may apply.

TRANSACTION HISTORY REPORT is available for this property. The report contains details about all available transactions associated with this property. The report may include information about sales, ownership transfers, refinances, construction loans, 2nd mortgages, or equity loans based on recorded deeds. Additional charges may apply.

### Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
for on-site manual retrieval of documents related to this or other matters.
Additional charges apply.

END OF DOCUMENT

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.