OCT 16 2009

Prepared By: Association for Betterment Through Education & Love

Preparer's Signature

US Recordings, Inc.
2925 Country Drive
St. Paul, MN 55117

Tax Map Ref.: Block: 56 Lot: 3.01

00BPXW

R# 340_____

C# 3396846

## QUITCLAIM DEED
### TITLE OF DOCUMENT

THIS indenture made the 22nd day of September in the year 2009, between

M CLAIRE FRENCH, CTY CL
MONMOUTH COUNTY, NJ

INSTRUMENT NUMBER
2009117953
RECORDED ON
Oct 16, 2009
3:16:37 PM
BOOK: OR-8802
PAGE: 1380
Total Pages: 5

COUNTY RECORDING   $80.00
FEES
TOTAL PAID         $80.00

**Association for Betterment Through Education & Love**, of the first part, RESIDING AT 168 Hope Road, of the Borough/Township/Town/City of Tinton Falls, in the County of Monmouth and State of New Jersey; AND **Anthony Degregorio, Sr. and Margherita Degregorio, husband and wife**, of the second part, RESIDING AT 168 Hope Road in the Borough/Township/Town/City of Tinton Falls, in the County of Monmouth and State of New Jersey;

WITNESSETH, that the said party of the first part, for and in consideration of **ONE AND NO/100 DOLLAR ($1.00)**, lawful money of the United States of America, to him/her/them in hand well and truly paid by the said party of the second part, at or before the sealing and delivery of these presents, the receipt whereof is hereby acknowledged, and the said party of the first part being therewith fully satisfied and paid, has remised, released, and quitclaimed and by these presents, does remise, release, and quitclaim to the said party of the second part, and to his/her/their heirs and assigns forever, and all that (those) tract(s) or parcel(s) of land and premises, hereinafter particularly described, being in the Borough of **Tinton Falls**, in the County of **Monmouth** and State of **New Jersey**, designated as Block 56, Lot 3.01 to-wit:

BEING KNOWN AS LOT NO. 3.01 IN BLOCK 56 AS SHOWN ON MAP ENTITLED, "FINAL MAP OF PARK WOOD MANOR, BOROUGH OF TINTON FALLS, MONMOUTH COUNTY, NEW JERSEY, DATED DECEMBER 17, 1983" AND FILED IN THE MONMOUTH COUNTY CLERK'S OFFICE ON JUNE 8, 1984 AS CASE NO. 193-12.

MORE commonly known as: **168 Hope Road**
**Tinton Falls, New Jersey 07724**

THE PURPOSE of this Deed is to **Transfer Title**.

BEING the same premises conveyed to the Grantor(s) herein by Deed, dated **June 25, 2004**, recorded **August 20, 2005**, in the Monmouth County Register's Office in Deed Book **8487**, at Page **6757**.

SUBJECT TO: Any Restrictions, Conditions, Covenants, Rights, Rights of Way, and Easements now of record;

TOGETHER with all and singular the buildings, trees, ways, waters, profits, privileges and advantages, the appurtenances to the same belonging or in anywise appertaining; also all the estate, right, title, interest, property, claim and demand whatsoever, of the said party of the first part, of in and to, the same and of, in and to every part parcel thereof; to have and to hold, all and singular the above described land and premises, with the appurtenances, unto the said party of the second part, his/her/their heirs and his/her/their assigns to the only proper use, benefit and behoof of the said party of the second part, his/her/their heirs and assigns forever;

TYPE OF DEED: This deed is called a **QUITCLAIM DEED**. The Grantor makes no promises as to ownership or title but simply transfers whatever interest Grantor has to the Grantee.

In witness whereof, the said party of the first part has hereunto set his/her/their hand(s) and seal the day and year first above written.

Association for Betterment Through Education & Love

By: _____ - PRES.

Printed Name & Title: Anthony Degregorio, Sr., President

STATE OF **New Jersey**
COUNTY OF **Monmouth**    ss

I certify that on **September 22**, 20**09** Anthony Degregorio, Sr. personally came before me and acknowledged under oath, to my satisfaction, that this person (or if more than one, each person):
(a) is an officer of Association for Betterment Through Education & Love authorized to sign this deed and as such, personally signed this deed;
(b) signed, sealed and delivered this deed on behalf of Association for Betterment Through Education & Love as its act and deed; and
(c) made this deed for **ONE AND NO/100 DOLLAR ($1.00)** as the full and actual consideration paid or to be paid for the transfer of title. (Such consideration is defined in N.J.S.A. 46: 15-5.)

**NOTARY STAMP/SEAL**

_____
SIGNATURE

Stacey Weisblatt
PRINTED NAME AND TITLE
My commission expires: **forever**

Stacey Weisblatt, Esq.
Attorney At Law
in the State of New Jersey

NOT CERTIFIED COPY



GIT/REP-3
(12-07)

## State of New Jersey
### SELLER'S RESIDENCY CERTIFICATION/EXEMPTION
(C.55, P.L. 2004)

(Please Print or Type)

### SELLER(S) INFORMATION (See Instructions, Page 2)

Name(s)
Association for Betterment Through Education & Love

Current Resident Address:

Street: 168 Hope Rd

| City, Town, Post Office | State | Zip Code |
|---|---|---|
| Tinton Falls | NJ | 07724 |

### PROPERTY INFORMATION (Brief Property Description)

| Block(s) | Lot(s) | Qualifier |
|---|---|---|
| 56 | 3.001 | |

Street Address:
168 Hope Rd

| City, Town, Post Office | State | Zip Code |
|---|---|---|
| Tinton Falls | NJ | 07724 |

| Seller's Percentage of Ownership | Consideration | Closing Date |
|---|---|---|
| 100% | $1.00 | 9-22-2009 |

### SELLER ASSURANCES (Check the Appropriate Box) (Boxes 2 through 8 apply to NON-residents)

1. [X] I am a resident taxpayer (individual, estate, or trust) of the State of New Jersey pursuant to N.J.S.A. 54A:1-1 et seq. and will file a resident gross income tax return and pay any applicable taxes on any gain or income from the disposition of this property.

2. [ ] The real property being sold or transferred is used exclusively as my principal residence within the meaning of section 121 of the federal Internal Revenue Code of 1986, 26 U.S.C. s. 121.

3. [ ] I am a mortgagor conveying the mortgaged property to a mortgagee in foreclosure or in a transfer in lieu of foreclosure with no additional consideration.

4. [ ] Seller, transferor or transferee is an agency or authority of the United States of America, an agency or authority of the State of New Jersey, the Federal National Mortgage Association, the Federal Home Loan Mortgage Corporation, the Government National Mortgage Association, or a private mortgage insurance company.

5. [ ] Seller is not an individual, estate or trust and as such not required to make an estimated payment pursuant to N.J.S.A. 54A:1-1 et seq.

6. [ ] The total consideration for the property is $1,000 or less and as such, the seller is not required to make an estimated payment pursuant to N.J.S.A. 54A:5-1-1 et seq.

7. [ ] The gain from the sale will not be recognized for Federal income tax purposes under I.R.C. Section 721, 1031, 1033 or is a cemetery plot. (CIRCLE THE APPLICABLE SECTION). If such section does not ultimately apply to this transaction, the seller acknowledges the obligation to file a New Jersey income tax return for the year of the sale (see instructions).

   [ ] No non-like kind property received.

8. [ ] Transfer by an executor or administrator of a decedent to a devisee or heir to effect distribution of the decedent's estate in accordance with the provisions of the decedent's will or the intestate laws of this state.

### SELLER(S) DECLARATION

The undersigned understands that this declaration and its contents may be disclosed or provided to the New Jersey Division of Taxation and that any false statement contained herein could be punished by fine, imprisonment, or both. I furthermore declare that I have examined this declaration and, to the best of my knowledge and belief, it is true, correct and complete.

9/22/09
Date

Signature
(Seller) Please Indicate if Power of Attorney or Attorney in Fact

9/22/09
Date

Signature
(Seller) Please Indicate if Power of Attorney or Attorney in Fact

NOT CERTIFIED COPY

EXHIBIT A - LEGAL DESCRIPTION

Tax ID Number(s): **Block: 56 Lot: 3.01**

Land situated in the **Borough of Tinton Falls** in the County of **Monmouth** in the State of **NJ**

BEING known as Lot No. 3.01 in Block 56 as shown on map entitled, "Final Map of Park Wood Manor, Borough of Tinton Falls, Monmouth County, New Jersey, dated December 17, 1983" and filed in the Monmouth County Clerk's Office on June 8, 1984 as Case No. 193-12.

Commonly known as: **168 Hope Road, Tinton Falls, NJ 07724**

NOT CERTIFIED COPY

*U00940459*

1632   10/6/2009   76003581/1

RTF-1 (Rev. 7/08)
MUST SUBMIT IN DUPLICATE

STATE OF NEW JERSEY
AFFIDAVIT OF CONSIDERATION FOR USE BY SELLER
(Chapter 49, P.L. 1968, as amended through Chapter 33, P.L. 2006) (N.J.S.A. 46:15-5 et seq.)
BEFORE COMPLETING THIS AFFIDAVIT, PLEASE READ THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS FORM.

STATE OF NEW JERSEY } SS. County Municipal Code 1349
COUNTY Monmouth

FOR RECORDER'S USE ONLY
Consideration $
RTF paid by seller $
Date_____ By_____

MUNICIPALITY OF PROPERTY LOCATION Tinton Falls

*Use symbol "C" to indicate that fee is exclusively for county use.

(1) PARTY OR LEGAL REPRESENTATIVE (See Instructions #3 and #4 on reverse side)

Deponent, Anthony (Name), being duly sworn according to law upon his/her oath,
deposes and says that he/she is the GRANTOR in a deed dated Sept 22 2009 transferring
(Grantor, Legal Representative, Corporate Officer, Officer of Title Company, Lending Institution, etc.)

real property identified as Block number 56 Lot number 3.01 located at
168 Hope Rd, Tinton Falls and annexed thereto.
(Street Address, Town)

(2) CONSIDERATION $ 1.00 (See Instructions #1 and #5 on reverse side)

(3) Property transferred is Class 4A   4B   4C (circle one). If property transferred is Class 4A, calculation in Section 3A below is required.

(3A) REQUIRED CALCULATION OF EQUALIZED VALUATION FOR ALL CLASS 4A COMMERCIAL PROPERTY TRANSACTIONS:
(See Instructions #5A and #7 on reverse side)
Total Assessed Valuation ÷ Director's Ratio = Equalized Assessed Valuation

$_____ ÷ _____% = $_____

If Director's Ratio is less than 100%, the equalized valuation will be an amount greater than the assessed value. If Director's Ratio is equal to or in excess of 100%, the assessed value will be equal to the equalized valuation.

(4) FULL EXEMPTION FROM FEE (See Instruction #8 on reverse side)
Deponent states that this deed transaction is fully exempt from the Realty Transfer Fee imposed by C. 49, P.L. 1968, as amended through C. 66, P.L. 2004, for the following reason(s). Mere reference to exemption symbol is insufficient. Explain in detail.
CONSIDERATION IS LESS THEN $100 (A-1)

(5) PARTIAL EXEMPTION FROM FEE (See Instruction #9 on reverse side)
NOTE: All boxes below apply to grantor(s) only. ALL BOXES IN APPROPRIATE CATEGORY MUST BE CHECKED. Failure to do so will void claim for partial exemption. Deponent claims that this deed transaction is exempt from State portions of the Basic Fee, Supplemental Fee, and General Purpose Fee, as applicable, imposed by C. 176, P.L. 1975, C. 113, P.L. 2004, and C. 66, P.L. 2004 for the following reason(s):

A. SENIOR CITIZEN Grantor(s) ☐ 62 years of age or over. * (See Instruction #9 on reverse side for A or B)
B. { BLIND PERSON Grantor(s) ☐ legally blind or;
    DISABLED PERSON Grantor(s) ☐ permanently and totally disabled ☐ Receiving disability payments ☐ Not gainfully employed*

Senior citizens, blind persons, or disabled persons must also meet all of the following criteria:
☐ Owned and occupied by grantor(s) at time of sale.    ☐ Resident of State of New Jersey.
☐ One or two-family residential premises.               ☐ Owners as joint tenants must all qualify.
*IN THE CASE OF HUSBAND AND WIFE, PARTNERS IN A CIVIL UNION COUPLE, ONLY ONE GRANTOR NEEDS TO QUALIFY IF TENANTS BY THE ENTIRETY.

C. LOW AND MODERATE INCOME HOUSING (See Instruction #9 on reverse side)
☐ Affordable according to H.U.D. standards.    ☐ Reserved for occupancy.
☐ Meets income requirements of region.         ☐ Subject to resale controls.

(6) NEW CONSTRUCTION (See Instructions #2, #10 and #12 on reverse side)
☐ Entirely new improvement.                    ☐ Not previously occupied.
☐ Not previously used for any purpose.          ☐ "NEW CONSTRUCTION" printed clearly at the top of the first page of the deed.

(7) Deponent makes this Affidavit to induce county clerk or register of deeds to record the deed and accept the fee submitted herewith in accordance with the provisions of Chapter 49, P.L. 1968, as amended through Chapter 33, P.L. 2006.

Subscribed and sworn to before me
this 22 day of September 20 09

_____        Anthony W. _____    Margherita DeGregorio
Signature of Deponent            Grantor Name
168 Hope Rd       Tinton Fall, NJ 07724
Deponent Address                 Grantor Address at Time of Sale
XXX-XXX-638                       TST
Last 3 digits in Grantor's Social Security Number   Name/Company of Settlement Officer

FOR OFFICIAL USE ONLY
Instrument Number_____ County_____
Deed Number_____ Book_____ Page_____
Deed Dated_____ Date Recorded_____

Stacey Weisblatt, Esq.
Attorney At Law
in the State of New Jersey

County Recording Officers shall forward one copy of each Affidavit of Consideration for Use by Seller when Section 3A is completed.
STATE OF NEW JERSEY- DIVISION OF TAXATION
PO BOX 251
TRENTON, NJ 08695-0251
ATTENTION: REALTY TRANSFER FEE UNIT

The Director of the Division of Taxation in the Department of the Treasury has prescribed this form as required by law, and may not be altered or amended without prior approval of the Director. For information on the Realty Transfer Fee or to print a copy of this Affidavit, visit the Division of Taxation website at www.state.nj.us/treasury/taxation/lpt/localtax.shtmL