



Account: ▮▮▮▮5748  Check: 1003  Amount: $190000  Date: 04/04/2008  Bank: 485  R/T: 101218856  DIN: ▮▮▮▮  🖶Print

```
ASSOCATION FOR BETTERMENT THRU
EDUCATION AND LOVE TRUST  DTD 12/01/89       optionshouse△           1003
ANTHONY & MARGUERITA DE GREGORIO TTEES
168 HOPE RD                                                          60-1885/1012
TINTON FALLS, NJ 07724                       Date 4/1/08             SP895

Pay to the
 Order of   EVERBANK  ACCT # 0222001240        | $ 190,000.00

ONE HUNDRED, NINETY THOUSAND 00/100                         Dollars

DRAFT PAYABLE THROUGH                Expense
UMB BANK, NA                          Code
WARSAW, MO                             □                  [signature]
                                                          Anthony De Gregorio
For _____

⑆101218856⑆ ▮▮▮▮▮▮▮▮▮▮  ⑈ 1003
```

# optionshouse
Member NASD and SIPC

303 E. Wacker Dr. Suite 700 Chicago, IL 60601
Main (312) 362-2510  Toll-Free (877) 653-2500  Fax (866) 563-3343

## Statement of Account

**Account Information**

Account Number: ▓▓▓▓5748
Financial Advisor #: EA00

Your Financial Advisor
OPTIONSHOUSE LLC

ASSOCIATION FOR BETTERMENT THRU
EDUCATION AND LOVE TRUST DTD 12/01/89
ANTHONY DE GREGORIO TTEE
MARGUERITA DE GREGORIO TTEE
168 HOPE ROAD
TINTON FALLS NJ 07724

**Statement Period**
May 1, 2008 to May 31, 2008

**Office Serving You**
303 E Wacker Dr.
Suite 700
Chicago, IL 60601
(877) 653-2500

## Account Value

| Asset Category | Current Value 05/31/08 | Prior Value 04/30/08 | Percent of Acct Assets | Estimated Annual Income | Estimated Current Yield |
|---|---|---|---|---|---|
| Cash Account Balance | 1.35 | 0.00 | | | |
| Money Fund Balance | 419,156.25 | 22,100.85 | 57.52% | 7,859.18 | 1.88% |
| Equities | 0.00 | 79,600.00 | | | |
| Options, Rights, Warrants | 272,814.17 | 47,897.53 | 37.44% | | |
| **Total Portfolio Values** | **691,971.77** | **149,598.38** | **100.00%** | **7,859.18** | **1.14%** |
| Less: Margin Loan Balance | 0.00 | 0.00 | | | |
| **Total Account Value** | **691,971.77** | **149,598.38** | **100.00%** | **7,859.18** | **1.14%** |

## Asset Allocation

OPTIONS 39.43%
CASH + MNYMKT 60.57%

## Income Summary

| | This Period | Year to Date |
|---|---|---|
| Credit Interest | 1.35 | 7.91 |
| Money Fund Dividends | 77.54 | 589.36 |
| In Lieu Dividend | 0.00 | (120.00) |
| Margin Interest | 0.00 | (11.13) |
| **Total Income** | **78.89** | **466.14** |

# optionshouse
Member NASD and SIPC

303 E. Wacker Dr. Suite 700 Chicago, IL 60601
Main (312) 362-2510  Toll-Free (877) 653-2500  Fax (866) 563-3343

**ASSOCIATION FOR BETTERMENT THRU**
**EDUCATION AND LOVE TRUST DTD 12/01/89**
**ANTHONY DE GREGORIO TTEE**
**MARGUERITA DE GREGORIO TTEE**

**Account Information**
Account Number: 5748

## Statement of Account

**Statement Period**
May 1, 2008 to May 31, 2008

*Account value and totals are based only on priced securities. We may be unable to price all securities in your account. For municipal securities and some other fixed income securities, prices are approximate (not actual market bids) and are provided only as a general guide. They do not necessarily reflect actual market prices. For current prices, please contact your financial consultant.*

## Account Activity

### Cash Account

| Entry/Trade Date | Account Type | Transaction | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| | Cash | | OPENING BALANCE | | | 0.00 |
| 05/30/08 | Cash | Interest | .100% 05/01-05/30  $16451 | | | 1.35 |
| **Total Cash Account Balance** | | | | | | **1.35** |

### Margin Account

| Entry/Trade Date | Account Type | Transaction | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| | Margin | | OPENING BALANCE | | | 0.00 |
| 05/27/08 | Margin | Sold | E*TRADE GROUP 1A8X7 | -20,000 | 3.92 | 78,393.05 |
| 05/27/08 | Margin | Sold | SILVER STANDARD RESOURCES JUN '08 @ 30 CALL 100 MULTIPLIER | -35 | 1.22 | 4,259.95 |
| 05/27/08 | Margin | Bought | SILVER STANDARD RESOURCES JAN '10 @ 15 CALL 100 MULTIPLIER | 35 | 16.52 | (57,829.95) |
| 05/28/08 | Margin | Received | REDEEM: MM PORTFOLIO | | | 22,100.85 |
| 05/28/08 | Margin | Journal | TRANSFER FROM 127717962 | | | 525,000.00 |
| 05/29/08 | Margin | Disbursed | DEPOSIT: MM PORTFOLIO | | | (193,530.85) |
| 05/29/08 | Margin | Bought | FREEPT MCMORAN COPPER & GOLD B JAN '10 @ 60 CALL 100 MULTIPLIER | 10 | 58.79 | (58,799.95) |
| 05/29/08 | Margin | Sold | FREEPT MCMORAN COPPER & GOLD B JUN '08 @ 120 CALL 100 MULTIPLIER | -10 | 3.79 | 3,780.00 |