████ 1240        PAGE

Statement of Account
████ 1240

```
ANTHONY O DEGREGORIO SR                          March 31, 2008
MARGHERITA DEGREGORIO              Total days in statement period: 31
168 HOPE RD                                              (0 )
TINTON FALLS NJ 07724-3010                       Page  1 of  2
```

Direct Inquiries to:
888-445-3588

Everbank
11 Oval Drive, Suite 107
Islandia, NY 11749

Summary of Account Balance

| Account | Number | Ending Balance |
|---|---|---|
| Freenet Checking Account | ████ 1240 | $35,819.13 |

SAVE PAPER. STOP SENDING CHECKS. IT'S POSSIBLE WITH EBILLS. MAKE ONE
TIME OR RECURRING PAYMENTS TO NEARLY ANYONE - FROM MONTHLY SERVICE
PROVIDERS TO A FRIEND DOWN THE STREET. SIMPLY SIGN ON, MAKE A FEW
CLICKS AND YOU'RE THROUGH. WHO SAID PAYING BILLS HAD TO BE A BURDEN?
NOT US.

■1240         PAGE

Statement of Account
■1240
Anthony O Degregorio Sr
Page  2 of  2

Freenet Checking Account   0222001240

Avg collected balance         $129,559.00

| Date | Description | Additions | Subtractions | Balance | Number | Date | Amount |
|---|---|---:|---|---:|---|---|---:|
| 02-29 | Beginning balance | | | $50,211.09 | 194 | 03-19 | 130,000.00 |
| 03-03 | #Deposit Return Item 216000303142919 | | -6,000.00 | 44,211.09 | 195 | 03-26 | 155,000.00 |
| 03-03 | #Service Charge   216000303142919 Deposit Return Ite | | -20.00 | 44,191.09 | | | |
| 03-03 | #Preauthorized Wd   75000051402487 American Express Paymt 075000051402487 | | -179.61 | 44,011.48 | | | |
| 03-03 | #Preauthorized Wd   75000051402486 New Jersey Ameri Paymt 075000051402486 | | -46.89 | 43,964.59 | | | |
| 03-05 | #Preauthorized Wd   75000057207113 Nissan Motor Acc Paymt 075000057207113 | | -253.86 | 43,710.73 | | | |
| 03-06 | #Deposit | 85,000.00 | 00000035082970 | 128,710.73 | | | |
| 03-10 | #Deposit | 155,000.00 | 00000225093630 | 283,710.73 | | | |
| 03-12 | #Preauthorized Wd   75000057346816 Discover Card SE Paymt 075000057346816 | | -552.68 | 283,158.05 | | | |
| 03-12 | #Preauthorized Wd   75000057346818 New Jersey Natur Paymt 075000057346818 | | -468.85 | 282,689.20 | | | |
| 03-12 | #Preauthorized Wd   75000057346819 Lawes Power Equi Paymt 075000057346819 | | -273.25 | 282,415.95 | | | |
| 03-12 | #Preauthorized Wd   75000057346817 Verizon Paymt 075000057346817 | | -132.18 | 282,283.77 | | | |
| 03-12 | #Preauthorized Wd   75000057346820 Nmb LLC Paymt 075000057346820 | | -42.80 | 282,240.97 | | | |
| 03-17 | #Deposit | 14,000.00 | 00000229523400 | 296,240.97 | | | |
| 03-19 | Check  194 | 00001223514140 | -130,000.00 | 166,240.97 | | | |
| 03-24 | #Deposit | 24,198.00 | 00000237098000 | 190,438.97 | | | |
| 03-26 | Check  195 | 00001223796830 | -155,000.00 | 35,438.97 | | | |
| 03-31 | #Interest Credit | 380.16 | 00000000000000 | 35,819.13 | | | |
| 03-31 | Ending totals | 278,578.16 | -292,970.12 | $35,819.13 | | | |

         Annual percentage yield earned        3.52%
         Interest-bearing days                   31
         Average balance for APY         $129,559.16
         Interest earned                    $380.16

ANTHONY O. DEGREGORIO, SR.
MARGHERITA DEGREGORIO
168 HOPE RD.
TINTON FALLS, NJ  07724

29-9211/630
1240

195

DATE 3/20/08

Pay to the order of  OPTIONSHOUSE   ACCT #  ▮▮▮▮ 1796 | $155,000.00

ONE HUNDRED FIFTY FIVE THOUSAND 00/100 ─────── DOLLARS

EverBank.
888.445.3588   www.EverBankPro.com

⑆063092110⑆  ▮▮▮▮▮▮  1240⑈  0195

Signed: Anthony W. DeGregorio

# optionshouse
Member NASD and SIPC

303 E. Wacker Dr. Suite 700 Chicago, IL 60601
Main (312) 362-2510  Toll-Free (877) 653-2500  Fax (866) 563-3343

## Statement of Account

**Statement Period**
March 1, 2008 to March 31, 2008

**Account Information**
Account Number: ____1796
Financial Advisor #: EA00

**Your Financial Advisor**
OPTIONSHOUSE INC.

**Office Serving You**
303 E Wacker Dr.
Suite 700
Chicago, IL 60601
(877) 653-2500

MARGHERITA DEGREGORIO
168 HOPE ROAD
TINTON FALLS NJ 07724

## Account Value

| Asset Category | Current Value 03/31/08 | Prior Value 02/29/08 | Percent of Acct Assets | Estimated Annual Income | Estimated Current Yield |
|---|---|---|---|---|---|
| Cash Account Balance | 7.22 | 0.63 | | | |
| Margin Account Balance | 0.00 | 44,316.66 | | | |
| Money Fund Balance | 32,393.26 | 51,801.56 | 2.21% | 767.40 | 2.37% |
| Equities | 146,595.00 | 41,510.00 | 9.98% | 16,165.00 | 11.03% |
| Options, Rights, Warrants | 1,236,168.80 | 1,190,413.96 | 84.17% | | |
| **Total Portfolio Values** | **1,415,164.28** | **1,328,042.81** | **100.00%** | **16,932.40** | **1.20%** |
| Less: Margin Loan Balance | 0.00 | 0.00 | | | |
| **Total Account Value** | **1,415,164.28** | **1,328,042.81** | **100.00%** | **16,932.40** | **1.20%** |
| Short Account Positions | 0.00 | (91,050.00) | | | |
| Short Account Balance | 0.00 | 91,050.00 | | | |

## Asset Allocation



OTHER 2.29%
EQUITIES 10.36%
OPTIONS 87.35%

## Income Summary

| | This Period | Year to Date |
|---|---|---|
| Credit Interest | 7.22 | 7.85 |
| Money Fund Dividends | 137.30 | 166.32 |
| Margin Interest | 0.00 | (360.01) |
| **Total Income** | **144.52** | **(185.84)** |

Accounts carried by Penson Financial Services, Inc.  |  Member NASD and SIPC

# optionshouse
Member NASD and SIPC

303 E. Wacker Dr. Suite 700 Chicago, IL 60601
Main (312) 362-2510  Toll-Free (877) 653-2500  Fax (866) 563-3343

## Statement of Account

**MARGHERITA DEGREGORIO**

**Account Information**
Account Number: ____1796

**Statement Period**
March 1, 2008 to March 31, 2008

*Account value and totals are based only on priced securities. We may be unable to price all securities in your account. For municipal securities and some other fixed income securities, prices are approximate (not actual market bids) and are provided only as a general guide. They do not necessarily reflect actual market prices. For current prices, please contact your financial consultant.*

## Account Activity

### Cash Account

| Entry/Trade Date | Account Type | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|
|  | Cash |  |  | OPENING BALANCE |  | .63 |
| 03/03/08 | Cash | Disbursed |  | DEPOSIT: MM PORTFOLIO |  | (.63) |
| 03/24/08 | Cash | Received |  | DEPOSIT |  | 155,000.00 |
| 03/27/08 | Cash | Disbursed |  | DEPOSIT: MM PORTFOLIO |  | (155,000.00) |
| 03/31/08 | Cash | Interest |  | .100% 03/01-03/31  $83966 |  | 7.22 |

**Total: Cash Account Balance** 7.22

### Margin Account

| Entry/Trade Date | Account Type | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|
|  | Margin |  |  | OPENING BALANCE |  | 44,316.66 |
| 02/29/08 | Margin | Bought | 10 | SILVER STANDARD RESOURCES SEP '08 @ 25 CALL 100 MULTIPLIER | 14.31 | (14,319.95) |
| 02/29/08 | Margin | Sold | -10 | SILVER STANDARD RESOURCES MAR '08 @ 40 CALL 100 MULTIPLIER | 0.96 | 950.01 |
| 03/03/08 | Margin | Bought | 136 | COEUR D ALENE MINES CORP JAN '10 @ 2 1/2 CALL 100 MULTIPLIER | 3.17 | (43,121.95) |
| 03/03/08 | Margin | Sold | -200 | COEUR D ALENE MINES CORP MAR '08 @ 5 CALL 100 MULTIPLIER | 0.35 | 6,989.57 |
| 03/03/08 | Margin | Sold | -100 | COEUR D ALENE MINES CORP JAN '09 @ 2 1/2 CALL 100 MULTIPLIER | 2.80 | 27,989.54 |

▮▮▮ 4913      PAGE

Statement of Account
▮▮▮ 4913
Margherita Degregorio
Page  2 of  2

Freenet Checking Account ▮▮▮ 4913

Avg collected balance          $37,676.00

| Date  | Description              | Additions   | Subtractions    | Balance     |
|-------|--------------------------|-------------|-----------------|-------------|
| 02-29 | Beginning balance        |             |                 | $4,794.97   |
| 03-10 | #Deposit                 | 403.67      | 00000231702870  | 5,198.64    |
| 03-13 | #Deposit                 | 750.00      | 00000227430960  | 5,948.64    |
| 03-26 | #Deposit                 | 250,000.00  | 00000224673040  | 255,948.64  |
| 03-31 | #Interest Credit         | 98.04       | 00000000000000  | 256,046.68  |
| 03-31 | Ending totals            | 251,251.71  | .00             | $256,046.68 |

```
Annual percentage yield earned      3.12%
Interest-bearing days                  31
Average balance for APY        $37,676.35
Interest earned                    $98.04
```

▮1240        PAGE

Statement of Account
▮1240

ANTHONY O DEGREGORIO SR
MARGHERITA DEGREGORIO
168 HOPE RD
TINTON FALLS NJ 07724-3010

April 30, 2008
Total days in statement period: 30
(0 )
Page  1 of  2

Direct Inquiries to:
888-445-3588

Everbank
11 Oval Drive, Suite 107
Islandia, NY 11749

Summary of Account Balance

| Account | Number | Ending Balance |
|---|---|---|
| Freenet Checking Account | ▮1240 | $168,317.54 |

BANK WHEREVER THE ROAD MAY TAKE YOU. AND RIGHT FROM THE PALM OF YOUR
HAND. ANNOUNCING THE ALL NEW MOBILE BANKING SERVICE FROM EVERBANK.
NOW USE YOUR HANDHELD WIRELESS DEVICE TO ACCESS BANK ACCOUNTS, TRANSFER
FUNDS, PAY BILLS AND MORE. BECAUSE YOU'RE NOT ALWAYS NEXT TO A COMPUTER.
AND THAT'S A GOOD THING. TO SIGN ON, VISIT: MOBILE.EVERBANK.COM.

▇▇▇▇1240        PAGE

Statement of Account
▇▇▇▇1240
Anthony O Degregorio Sr
Page  2 of  2

Freenet Checking Account   ▇▇▇▇1240

Avg collected balance        $144,993.00

| Date | Description | Additions | Subtractions | Balance | Number | Date | Amount |
|---|---|---:|---:|---:|---|---|---:|
| 03-31 | Beginning balance | | | $35,819.13 | 196 R | 04-04 | 190,000.00 |
| 04-03 | #Deposit | 201,726.00 | 00000230000280 | 237,545.13 | R-Check has been returned | | |
| 04-03 | #Preauthorized Wd  75000058137811 Nissan Motor Acc Paymt 075000058137811 | | -253.86 | 237,291.27 | | | |
| 04-04 | RCheck  196 | 00001224265390 | -190,000.00 | 47,291.27 | | | |
| 04-04 | #NSF Returned Item  190,000.00  00001224265390 Check 196 | | | 237,291.27 | | | |
| 04-04 | #NSF Return Item Fee 215000407073031 For Return Of Check # 196 | | -30.00 | 237,261.27 | | | |
| 04-10 | #Deposit | 37,303.00 | 00000240002810 | 274,564.27 | | | |
| 04-10 | #Tele/Web Transfer Db997000410092359 To Acc 00210054913Date: 04-10-08 Time: 09:23:59 | | -100,000.00 | 174,564.27 | | | |
| 04-16 | #Preauthorized Wd  75000057132125 Boro Of Tinton F Paymt 075000057132125 | | -5,427.40 | 169,136.87 | | | |
| 04-16 | #Preauthorized Wd  75000057132124 New Jersey Natur Paymt 075000057132124 | | -559.81 | 168,577.06 | | | |
| 04-16 | #Preauthorized Wd  75000057132120 Discover Card SE Paymt 075000057132120 | | -433.78 | 168,143.28 | | | |
| 04-16 | #Preauthorized Wd  75000057132121 Verizon Paymt 075000057132121 | | -135.59 | 168,007.69 | | | |
| 04-16 | #Preauthorized Wd  75000057132123 New Jersey Ameri Paymt 075000057132123 | | -41.76 | 167,965.93 | | | |
| 04-16 | #Preauthorized Wd  75000057132126 Medical Health C Paymt 075000057132126 | | -41.75 | 167,924.18 | | | |
| 04-24 | #Preauthorized Credit  Atlantic Eye Phy PAYMT3403 075000059273454 | 39.00 | 75000059273454 | 167,963.18 | | | |
| 04-30 | #Interest Credit | 354.36 | 00000000000000 | 168,317.54 | | | |
| 04-30 | Ending totals | 429,422.36 | -296,923.95 | $168,317.54 | | | |

R-Check has been returned

Annual percentage yield earned     3.02%
Interest-bearing days                30
Average balance for APY       $144,993.58
Interest earned                  $354.36

```
ANTHONY O. DEGREGORIO, SR.                   29-9211/630              196
MARGHERITA DEGREGORIO                             1240
       168 HOPE RD.
   TINTON FALLS, NJ  07724                    DATE  4/1/08

Pay to the
order of   OPTIONSHOUSE   ACCT #         1796      $ 190,000.00

ONE HUNDRED, NINETY THOUSAND 00/100 -----------

EverBank.
888.445.3588    www.EverBankPro.com                      Anthony De Gregorio

MEMO _____

⑆063092110⑆         1240⑈  0196
```

```
                                                   ▆4913        PAGE


Statement of Account
▆4913
Margherita Degregorio
Page  2 of  2


Freenet Checking Account      ▆4913                 ---

Avg collected balance         $81,287.00

Date   Description            Additions    Subtractions      Balance

03-31  Beginning balance                                   $256,046.68
04-09  #Deposit                387.34   00000230070260      256,434.02
04-10  #Tele/Web Transfer Cr  100,000.00 997000410092359    356,434.02
        Fr Acc 00222001240Date: 04-10-08
        Time: 09:23:59
04-10  #Wire Transfer-Out    115000410130910  -350,000.00     6,434.02
        Wire To Jpmorgan/PEnsion Financial
04-10  #Service Charge       115000410130910      -25.00     6,409.02
        Wire Transfer-Out
04-30  #Interest Credit       181.92   00000000000000       6,590.94
04-30  Ending totals         100,569.26   -350,025.00      $6,590.94

       Annual percentage yield earned        2.76%
       Interest-bearing days                   30
       Average balance for APY            $81,287.43
       Interest earned                       $181.92
```

# optionshouse
Member NASD and SIPC

303 E. Wacker Dr. Suite 700 Chicago, IL 60601
Main (312) 362-2510  Toll-Free (877) 653-2500  Fax (866) 563-3343

## Statement of Account

**Account Information**

Account Number: 1796
Financial Advisor #: EA00

Your Financial Advisor
OPTIONSHOUSE INC.

MARGHERITA DEGREGORIO
168 HOPE ROAD
TINTON FALLS NJ 07724

**Statement Period**
April 1, 2008 to April 30, 2008

**Office Serving You**
303 E Wacker Dr.
Suite 700
Chicago, IL 60601
(877) 653-2500

## Account Value

| Asset Category | Current Value 04/30/08 | Prior Value 03/31/08 | Percent of Acct Assets | Estimated Annual Income | Estimated Current Yield |
|---|---|---|---|---|---|
| Cash Account Balance | 1.95 | 7.22 | 0.01% | | |
| Money Fund Balance | 85.34 | 32,393.26 | 21.44% | 1.72 | 2.02% |
| Equities | 365,399.04 | 146,595.00 | 75.49% | 17,987.50 | 4.92% |
| Options, Rights, Warrants | 1,286,417.03 | 1,236,168.80 | | | |
| **Total: Portfolio Values** | **1,651,903.36** | **1,415,164.28** | **100.00%** | **17,989.22** | **1.09%** |
| Less: Margin Loan Balance | (19,857.58) | 0.00 | (1.20%) | | |
| **Total Account Value** | **1,632,045.78** | **1,415,164.28** | **98.80%** | **17,989.22** | **1.10%** |
| Short Account Positions | (40,419.04) | 0.00 | (2.37%) | | |
| Short Account Balance | 40,419.04 | 0.00 | 2.37% | | |

## Asset Allocation

OTHER 2.40%
EQUITIES 21.59%
OPTIONS 76.01%

## Income Summary

| | This Period | Year to Date |
|---|---|---|
| Credit Interest | 1.95 | 9.80 |
| Money Fund Dividends | 85.34 | 251.66 |
| Qualified Dividends | 587.66 | 587.66 |
| Margin Interest | (1.54) | (361.55) |
| **Total Income** | **673.41** | **487.57** |

# optionshouse

Member NASD and SIPC

303 E. Wacker Dr. Suite 700 Chicago, IL 60601
Main (312) 362-2510 Toll-Free (877) 653-2500 Fax (866) 563-3343

## Statement of Account

**Account Information**
MARGHERITA DEGREGORIO
Account Number: 1796

**Statement Period**
April 1, 2008 to April 30, 2008

### Account Activity

| Entry/Trade Date | Account Type | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|
| 03/28/08 | Margin | Bought | 2,500 | PROVIDENT ENERGY TRUST-UTS 1EW6T CA74386K1049 | 10.65 | (26,629.95) |
| 03/31/08 | Margin | Sold | -50 | CITIGROUP APR '08 @ 22.5 CALL 100 MULTIPLIER | 0.78 | 3,889.90 |
| 04/01/08 | Margin | Bought | 10,000 | COEUR D ALENE MINES CORP 1GG34 | 3.84 | (38,404.95) |
| 04/01/08 | Margin | Bought | 10,000 | COEUR D ALENE MINES CORP 1GG58 | 3.76 | (37,604.95) |
| 04/01/08 | Margin | Disbursed | | DEPOSIT: MM PORTFOLIO | | (3,889.90) |
| 04/01/08 | Margin | Debit Interest | | MARCH 08 DEBIT INTEREST | | (1.54) |
| 04/02/08 | Margin | Sold | -200 | FORCE PROTECTION INC APR '08 @ 2.50 CALL 100 MULTIPLIER | 0.25 | 4,989.62 |
| 04/02/08 | Margin | Received | | REDEEM: MM PORTFOLIO | | 36,290.38 |
| 04/03/08 | Margin | Received | | DEPOSIT | | 190,000.00 |
| 04/03/08 | Margin | Bought | 100 | E*TRADE GROUP OCT '08 @ 3 CALL 100 MULTIPLIER | 1.86 | (18,609.95) |
| 04/03/08 | Margin | Bought | 96 | E*TRADE GROUP OCT '08 @ 3 CALL 100 MULTIPLIER | 1.89 | (18,153.95) |
| 04/03/08 | Margin | Sold | -100 | E*TRADE GROUP APR '08 @ 4 CALL 100 MULTIPLIER | 0.46 | 4,589.82 |
| 04/03/08 | Margin | Sold | -96 | E*TRADE GROUP APR '08 @ 4 CALL 100 MULTIPLIER | 0.49 | 4,693.83 |
| 04/03/08 | Margin | Sold | -100 | USEC INC APR '08 @ 5 CALL 100 MULTIPLIER | 0.50 | 4,989.82 |

Accounts carried by Penson Financial Services, Inc. | Member NASD and SIPC

**optionshouse**
Member NASD and SIPC

303 E. Wacker Dr. Suite 700 Chicago, IL 60601
Main (312) 362-2510   Toll-Free (877) 653-2500   Fax (866) 583-3343

# Statement of Account

**Account Information**
Account Number: 1796

**Statement Period**
April 1, 2008 to April 30, 2008

MARGHERITA DEGREGORIO

## Account Activity

| Entry/Trade Date | Account Type | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|
| 04/07/08 | Margin | Sold | -110 | USEC INC<br>APR '08 @ 5 CALL<br>100 MULTIPLIER | 0.40 | 4,389.80 |
| 04/07/08 | Margin | Sold | -50 | WASHINGTON MUTUAL INC<br>APR '08 @ 14 CALL<br>100 MULTIPLIER | 0.80 | 3,989.92 |
| 04/08/08 | Margin | Disbursed | | DEPOSIT: MM PORTFOLIO | | (69,152.03) |
| 04/09/08 | Margin | Bought | 10,000 | COEUR D ALENE MINES CORP<br>1EJHC | 3.82 | (38,204.95) |
| 04/09/08 | Margin | Journal | | NSF FEE | | (25.00) |
| 04/09/08 | Margin | Journal | | RTN DEPOSIT 12771796 NSF | | (190,000.00) |
| 04/10/08 | Margin | Sold | -50 | MITSUBISHI UFJ FINANCIAL GROUP<br>MAY '08 @ 10 CALL<br>100 MULTIPLIER | 0.30 | 1,489.94 |
| 04/10/08 | Margin | Received | | REDEEM: MM PORTFOLIO | | 69,152.03 |
| 04/10/08 | Margin | Journal | | W/T FR CUST:12771796 | | 350,000.00 |
| 04/11/08 | Margin | Bought | 10 | CHESAPEAKE ENERGY CORP<br>JAN '10 @ 20 CALL<br>100 MULTIPLIER | 29.44 | (29,449.95) |
| 04/11/08 | Margin | Sold | -10 | CHESAPEAKE ENERGY CORP<br>APR '08 @ 50 CALL<br>100 MULTIPLIER | 0.31 | 300.02 |
| 04/11/08 | Margin | Bought | 10,000 | COEUR D ALENE MINES CORP<br>1EECN | 3.69 | (36,904.95) |
| 04/11/08 | Margin | Disbursed | | DEPOSIT: MM PORTFOLIO | | (230,616.97) |
| 04/14/08 | Margin | Received | | REDEEM: MM PORTFOLIO | | 67,354.88 |
| 04/14/08 | Margin | Sold | -50 | SILVER STANDARD RESOURCES<br>APR '08 @ 30 CALL<br>100 MULTIPLIER | 0.80 | 3,989.92 |
| 04/15/08 | Margin | Disbursed | | DEPOSIT: MM PORTFOLIO | | (3,989.92) |

Accounts carried by Penson Financial Services, Inc.   |   Member NASD and SIPC

# optionshouse
Member NASD and SIPC

303 E. Wacker Dr. Suite 700 Chicago, IL 60601
Main (312) 362-2510  Toll-Free (877) 653-2500  Fax (866) 563-3343

## Statement of Account

**Account Information**
Account Number: ####1796
Financial Advisor #: EA00

**Your Financial Advisor**
OPTIONSHOUSE LLC

**Statement Period**
May 1, 2008 to May 31, 2008

**Office Serving You**
303 E Wacker Dr.
Suite 700
Chicago, IL 60601
(877) 653-2500

MARGHERITA DEGREGORIO
168 HOPE ROAD
TINTON FALLS NJ 07724

### Account Value

| Asset Category | Current Value 05/31/08 | Prior Value 04/30/08 | Percent of Acct Assets | Estimated Annual Income | Estimated Current Yield |
|---|---|---|---|---|---|
| Cash Account Balance | 0.00 | 1.95 | | | |
| Money Fund Balance | 46,131.11 | 85.34 | 3.64% | 868.19 | 1.88% |
| Equities | 161,460.00 | 365,399.04 | 12.76% | | |
| Options, Rights, Warrants | 1,035,122.35 | 1,286,417.03 | 81.78% | | |
| **Total Portfolio Values** | **1,242,713.46** | **1,651,903.36** | **100.00%** | **868.19** | **0.07%** |
| Less: Margin Loan Balance | 0.00 | (19,857.58) | | | |
| **Total Account Value** | **1,242,713.46** | **1,632,045.78** | **100.00%** | **868.19** | **0.07%** |
| Short Account Positions | 0.00 | (40,419.04) | | | |
| Short Account Balance | 0.00 | 40,419.04 | | | |

### Asset Allocation

CASH / MONY MKT 3.71%
EQUITIES 12.99%
OPTIONS 83.30%

### Income Summary

| | This Period | Year to Date |
|---|---|---|
| Credit Interest | 0.00 | 9.80 |
| Money Fund Dividends | 224.80 | 476.46 |
| Distributions: MLP | 448.70 | 448.70 |
| Qualified Dividends | 1,046.96 | 1,634.62 |
| Margin Interest | (57.35) | (418.90) |
| **Total Income** | **1,663.11** | **2,150.68** |

Accounts carried by Penson Financial Services, Inc.  |  Member NASD and SIPC

Page 1 of 26

# optionshouse
Member NASD and SIPC

303 E. Wacker Dr, Suite 700 Chicago, IL 60601
Main (312) 362-2510  Toll-Free (877) 653-2500  Fax (866) 563-3343

## Statement of Account

**Account Information**
Account Number: ░░░796

**Statement Period**
May 1, 2008 to May 31, 2008

MARGHERITA DEGREGORIO

### Account Activity

| Entry/Trade Date | Account Type | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|
| 05/27/08 | Margin | Sold | -5 | VMWARE INC CLASS A JAN '09 @ 30 CALL 100 MULTIPLIER | 35.30 | 17,639.94 |
| 05/28/08 | Margin | Disbursed | | DEPOSIT: MM PORTFOLIO | | (54,619.73) |
| 05/28/08 | Margin | Sold | -74 | FORCE PROTECTION INC JUN '08 @ 5 CALL 100 MULTIPLIER | 0.15 | 1,099.90 |
| 05/28/08 | Margin | Sold | -25 | NEWMONT MINING CORP JUN '08 @ 50 CALL 100 MULTIPLIER | 0.91 | 2,264.98 |
| 05/28/08 | Margin | Received | | REDEEM SD MM PORTFOLIO | | 525,000.00 |
| 05/28/08 | Margin | Journal | | TRANSFER TO 127757482 | | (525,000.00) |
| 05/29/08 | Margin | Bought | 4 | CHESAPEAKE ENERGY CORP JAN '10 @ 30 CALL 100 MULTIPLIER | 26.20 | (10,483.95) |
| 05/29/08 | Margin | Sold | -4 | CHESAPEAKE ENERGY CORP JAN '10 @ 20 CALL 100 MULTIPLIER | 34.30 | 13,709.97 |
| 05/29/08 | Margin | Disbursed | | DEPOSIT: MM PORTFOLIO | | (3,361.88) |
| 05/29/08 | Margin | Sold | -26 | FORCE PROTECTION INC JUN '08 @ 5 CALL 100 MULTIPLIER | 0.15 | 379.99 |
| 05/29/08 | Margin | Sold | -10 | SASOL LTD-SPONSORED ADR SEP '08 @ 30 CALL 100 MULTIPLIER | 34.20 | 34,189.83 |
| 05/29/08 | Margin | Bought | 10 | VALERO ENERGY CORP JAN '10 @ 50 CALL 100 MULTIPLIER | 10.50 | (10,503.95) |
| 05/30/08 | Margin | Disbursed | | DEPOSIT: MM PORTFOLIO | | (27,273.89) |

**Total Margin Account Balance** 0.00

Accounts carried by Penson Financial Services, Inc.  |  Member NASD and SIPC