| | |
|---|---|
| **From:** | |
| **To:** | Elefante, Eric |
| **Subject:** | RE: Account Statements |
| **Date:** | Sunday, May 22, 2011 11:57:53 AM |

Hi Eric -

 printed all the statements but has not put them in the mail yet. Is it better for you to pick them up or she can put them in the mail on Monday?

I just need to share something with you. My dad had 2 strokes--one on Thursday and one on Friday. He is currently at Jersey Shore Medical Center. He can speak but is having difficulty processing information. It like he knows what he wants to say but he can't say it. His right side was effected and will need to go to rehab to see what they can recover. The doctors are saying it could take 3-6 mos for a full recovery.

Feel free to contact me if you need anything. My cell is



**From:** Elefante, Eric [ElefanteE@SEC.GOV]
**Sent:** Friday, May 20, 2011 11:20 AM
**To:**
**Cc:** Maya, Israel
**Subject:** Account Statements

Hi

I just wanted to check the status of the account statements for Christine's accounts. Please advise on when you think they will be produced.
Thanks.
Eric A. Elefante
Staff Accountant
U. S. Securities and Exchange Commission
3 World Financial Center, Suite 4300
New York, NY 10281
Phone: (212) 336-0448
Fax: (212) 336-1342
Email: elefante@sec.gov
*Confidentiality Notice: This document, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information which must be protected from public disclosure. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender and delete or destroy all copies of the original document.*