## • Account Summary •

### ▇5748 - ASSOCIATION FOR BETTERMENT THRU

| Firm | Account |
|---|---|
| 07-Penson Financial Services, Inc. | ▇5748 |

### Account Summary as of 05/20/2011

**Buying Power**

| | | |
|---|---|---|
| Day Trading Buying Power: | 0.00 | |
| Overnight Buying Power: | 308,897.70 | |

**Equity**

| | |
|---|---|
| Margin Equity In USD: | 205,813.85 |
| Equity %: | 100.00 |
| Total Account Value in USD: | 586,027.76 |

**Balances**

| | |
|---|---|
| Total Trade Date Balances in USD: | 204,448.85 |
| Total Settle Date Balance in USD: | 204,448.85 |

**Balance Detail IN USD**

| Account Type | Trade Date Balance | Settle Date Balance |
|---|---|---|
| General Margin | 156,105.61 | 145,187.94 |
| Money Market | 48,343.24 | 59,260.91 |

**Positions**

| | |
|---|---|
| Total Trade Date Market Value In USD: | 381,578.91 |
| Total Settle Date Market Value In USD: | 381,578.91 |

**Positions in USD**

| Security Type | Account Type | Trade Date Market Value | Settle Date Market Value |
|---|---|---|---|
| Call | General Margin | 380,213.91 | 380,213.91 |
| Common Stock | General Margin | 1,365.00 | 1,365.00 |

https://www.optionshouse.com/m

**Account Positions**

[Close Window] [Print]

Account Number: ▓▓▓6748, ANTHONY DEGREGORIO, Trust Account
Date: May 23, 2011 10:43:46 AM
Page(s): to



optionshouse
An Online Brokerage

| Description | Qty | Price | Mkt Value | Cost Basis | Gain/Loss | Pos Dly Chg | Pos Val Chg | Stock Last | Pos Bid | Pos Ask |
|---|---|---|---|---|---|---|---|---|---|---|
| HL Sep 11 9.00 Call | 500 | $0.61 | $30,500.00 | $83,572.00 | -$53,072.00 | -$0.05 | -$2,500.00 | $7.92 | $.60 | $.62 |
| HMY Aug 11 14.00 Call | 100 | $0.68 | $6,750.00 | $11,500.00 | -$4,750.00 | -$0.13 | -$1,250.00 | $13.23 | $.60 | $.75 |
| KEP Jun 11 12.50 Call | 22 | $1.08 | $2,365.00 | $1,069.00 | $1,296.00 | $0.20 | $440.00 | $13.46 | $.95 | $1.20 |
| KEP Sep 11 12.50 Call | 78 | $1.48 | $11,505.00 | $14,177.00 | -$2,672.00 | $0.20 | $1,560.00 | $13.46 | $1.35 | $1.60 |
| KGC Nov 11 15.00 Call | 494 | $1.39 | $68,666.00 | $90,202.00 | -$21,536.00 | -$0.10 | -$4,693.00 | $14.70 | $1.38 | $1.40 |
| PAAS Jan 12 35.00 Call | 100 | $3.60 | $36,000.00 | $68,000.00 | -$32,000.00 | -$0.30 | -$3,000.00 | $32.15 | $3.50 | $3.70 |
| RVBD Dec 11 38.00 Call | 50 | $5.80 | $29,000.00 | $31,512.00 | -$2,512.00 | -$0.30 | -$1,500.00 | $37.54 | $5.70 | $5.90 |
| SILA Stock | 15000 | $0.09 | $1,387.50 | $11,215.00 | -$9,827.50 | $0.00 | $22.50 | $.09 | $.09 | $.10 |
| SKX Jul 11 20.00 Call | 100 | $0.30 | $3,000.00 | $28,000.00 | -$25,000.00 | -$0.10 | -$1,000.00 | $17.81 | $.25 | $.35 |
| SLV Jun 11 35.00 Call | -100 | $1.17 | $11,750.00 | -$16,646.00 | $4,896.00 | -$0.19 | $1,900.00 | $33.97 | $1.17 | $1.18 |
| SLV Oct 11 34.00 Call | 100 | $3.53 | $35,250.00 | $40,104.00 | -$4,854.00 | -$0.15 | -$1,500.00 | $33.97 | $3.50 | $3.55 |
| SLW Jun 11 35.00 Call | -250 | $1.44 | $36,125.00 | -$50,232.00 | $14,107.00 | -$0.45 | $11,125.00 | $34.37 | $1.43 | $1.46 |
| SLW Jan 12 37.00 Call | 300 | $4.68 | $140,250.01 | $197,600.00 | -$57,349.99 | -$0.38 | -$11,250.00 | $34.37 | $4.60 | $4.75 |
| SSRI Sep 11 33.00 Call | 100 | $1.30 | $13,000.00 | $41,900.00 | -$28,900.00 | -$0.23 | -$2,250.00 | $27.32 | $1.25 | $1.35 |
| SSRI Dec 11 34.00 Call | 100 | $2.03 | $20,250.00 | $47,800.00 | -$27,550.00 | -$0.20 | -$2,000.00 | $27.32 | $1.95 | $2.10 |
| TQNT Jun 11 14.00 Call | -50 | $0.08 | $375.00 | -$3,900.00 | $3,525.00 | -$0.10 | $500.00 | $11.89 | $.05 | $.10 |
| TQNT Aug 11 12.00 Call | 100 | $1.22 | $12,250.00 | $20,100.00 | -$7,850.00 | -$0.43 | -$4,250.00 | $11.89 | $1.15 | $1.30 |

This report does not serve as an official record and the information it contains is for informational purposes only. For an official record of your positions and account activity, please refer to your confirmations and account statements.

(c) 2006-11 OptionsHouse, LLC All rights reserved. Member of FINRA, SIPC.

## Account Orders

[Close Window] [Print]

Account Number: ####5748, ANTHONY DEGREGORIO, Trust Account
Date: Mon May 23 2011 10:37:10 GMT-0500 (Central Daylight Time)
Page(s): 1 to 130



optionshouse
An Online Brokerage

| Description | Order ID | Last Update | Created On | Transaction | Quantity / Filled | Price | Type | Duration | Status |
|---|---|---|---|---|---|---|---|---|---|
| SKX Jul 11 20.00 Call | 32908111 | 2011/05/23 07:53:36 | 2011/05/23 05:06:32 | Sell to Close | 100.0 / 0 | $.45 | Limit | GTC | Open |
| HL May 11 10.00 Call | 32013617 | 2011/05/21 06:30:16 | 2011/04/17 12:27:18 | Sell to Open | 500.0 / 0 | $.50 | Limit | GTC | Canceled |
| - KEP Spread | 32840266 | 2011/05/19 15:02:19 | 2011/05/19 08:49:23 | Spread | -- / -- | $.45 | Limit | Day | Canceled |
| KEP Jun 11 12.50 Call | | | | Sell to Close | 22 / 0 | | | | |
| KEP Sep 11 12.50 Call | | | | Buy to Open | 22 / 0 | | | | |
| - RVBD Spread | 32841299 | 2011/05/19 09:00:03 | 2011/05/19 08:48:22 | Spread | -- / -- | $.52 | Limit | Day | Filled |
| RVBD May 11 38.00 Call | | | | Buy to Close | 50 / 50 | | | | |
| RVBD May 11 39.00 Call | | | | Sell to Open | 50 / 50 | | | | |
| - KEP Spread | 32836796 | 2011/05/19 08:49:24 | 2011/05/18 22:50:02 | Spread | -- / -- | $.42 | Limit | Day | Canceled |
| KEP Jun 11 12.50 Call | | | | Sell to Close | 22 / 0 | | | | |
| KEP Sep 11 12.50 Call | | | | Buy to Open | 22 / 0 | | | | |
| - RVBD Spread | 32840481 | 2011/05/19 08:48:23 | 2011/05/19 08:46:52 | Spread | -- / -- | $.48 | Limit | Day | Canceled |
| RVBD May 11 38.00 Call | | | | Buy to Close | 50 / 0 | | | | |
| RVBD May 11 39.00 Call | | | | Sell to Open | 50 / 0 | | | | |
| - SLV Spread | 32835086 | 2011/05/19 08:30:29 | 2011/05/18 22:52:56 | Spread | -- / -- | -$1.63 | Limit | Day | Filled |
| SLV May 11 38.00 Call | | | | Buy to Close | 100 / 100 | | | | |
| SLV Jun 11 35.00 Call | | | | Sell to Open | 100 / 100 | | | | |
| SPY May 11 135.00 Call | 32836160 | 2011/05/19 08:30:05 | 2011/05/18 22:46:51 | Sell to Close | 100.0 / 100.0 | $.29 | Limit | Day | Filled |
| - RVBD Spread | 32822267 | 2011/05/18 12:26:53 | 2011/05/18 12:26:51 | Spread | -- / -- | $1.15 | Limit | Day | Filled |
| RVBD May 11 38.00 Call | | | | Sell to Open | 50 / 50 | | | | |
| RVBD Jun 11 39.00 Call | | | | Buy to Close | 50 / 50 | | | | |
| - RVBD Spread | 32821432 | 2011/05/18 12:26:52 | 2011/05/18 12:26:02 | Spread | -- / -- | $1.12 | Limit | Day | Partial Canceled |
| RVBD May 11 38.00 Call | | | | Sell to Open | 50 / 18 | | | | |
| RVBD Jun 11 39.00 Call | | | | Buy to Close | 50 / 18 | | | | |
| - RVBD Spread | 32825458 | 2011/05/18 12:26:03 | 2011/05/18 12:24:57 | Spread | -- / -- | $1.10 | Limit | Day | Partial Canceled |
| RVBD May 11 38.00 Call | | | | Sell to Open | 50 / 18 | | | | |
| RVBD Jun 11 39.00 Call | | | | Buy to Close | 50 / 18 | | | | |
| - RVBD Spread | 32735028 | 2011/05/16 09:05:09 | 2011/05/15 10:06:57 | Spread | -- / -- | -$1.45 | Limit | Day | Filled |
| RVBD Sep 11 33.00 Call | | | | Sell to Close | 8 / 8 | | | | |
| RVBD Dec 11 38.00 Call | | | | Buy to Open | 8 / 8 | | | | |
| - SLV Spread | 32736090 | 2011/05/16 08:30:52 | 2011/05/15 10:04:01 | Spread | -- / -- | $1.62 | Limit | Day | Filled |
| SLV Oct 11 34.00 Call | | | | Buy to Open | 100 / 100 | | | | |
| SLV Oct 11 38.00 Call | | | | Sell to Close | 100 / 100 | | | | |
| SPY May 11 136.00 Call | 32717184 | 2011/05/13 15:17:13 | 2011/05/13 10:41:04 | Sell to Open | 100.0 / 0 | $.45 | Limit | Day | Canceled |
| - RVBD Spread | 32726286 | 2011/05/13 15:02:27 | 2011/05/13 12:34:42 | Spread | -- / -- | -$1.35 | Limit | Day | Partial Canceled |
| RVBD Sep 11 33.00 Call | | | | Sell to Close | 50 / 42 | | | | |
| RVBD Dec 11 38.00 Call | | | | Buy to Open | 50 / 42 | | | | |
| - KEP Spread | 32722906 | 2011/05/13 15:02:25 | 2011/05/13 11:38:14 | Spread | -- / -- | $.50 | Limit | Day | Canceled |
| KEP Jun 11 12.50 Call | | | | Sell to Close | 22 / 0 | | | | |
| KEP Sep 11 12.50 Call | | | | Buy to Open | 22 / 0 | | | | |
| - RVBD Spread | 32718651 | 2011/05/13 12:34:43 | 2011/05/13 11:05:58 | Spread | -- / -- | -$1.42 | Limit | Day | Partial Canceled |
| RVBD Sep 11 33.00 Call | | | | Sell to Close | 50 / 42 | | | | |
| RVBD Dec 11 38.00 Call | | | | Buy to Open | 50 / 42 | | | | |
| - TQNT Spread | 32720600 | 2011/05/13 11:14:58 | 2011/05/13 10:59:36 | Spread | -- / -- | $1.55 | Limit | Day | Filled |
| TQNT May 11 12.00 Call | | | | Buy to Close | 50 / 50 | | | | |
| TQNT May 11 14.00 Call | | | | Sell to Open | 50 / 50 | | | | |
| - RVBD Spread | 32718836 | 2011/05/13 11:05:59 | 2011/05/13 10:24:59 | Spread | -- / -- | -$1.45 | Limit | Day | Partial Canceled |
| RVBD Sep 11 33.00 Call | | | | Sell to Close | 50 / 42 | | | | |

| Description | Order ID | Last Update | Created On | Transaction | Quantity / Filled | Price | Type | Duration | Status |
|---|---|---|---|---|---|---|---|---|---|
| RVBD Dec 11 38.00 Call | | | | Buy to Open | 50 / 42 | | | | |
| - SSRI Spread | 32720857 | 2011/05/13 10:55:48 | 2011/05/13 10:55:47 | Spread | -- / -- | -$.58 | Limit | Day | Filled |
| SSRI May 11 36.00 Call | | | | Buy to Close | 200 / 200 | | | | |
| SSRI May 11 29.00 Call | | | | Sell to Open | 200 / 200 | | | | |
| SPY May 11 136.00 Call | 32716431 | 2011/05/13 10:39:32 | 2011/05/13 10:39:23 | Buy to Close | 100.0 / 100.0 | $.41 | Limit | Day | Filled |
| - SLW Spread | 32715750 | 2011/05/13 10:32:56 | 2011/05/13 10:29:38 | Spread | -- / -- | -$2.03 | Limit | Day | Canceled |
| SLW May 11 43.00 Call | | | | Buy to Close | 100 / 0 | | | | |
| SLW Jun 11 35.00 Call | | | | Sell to Open | 100 / 0 | | | | |
| - SLW Spread | 32719456 | 2011/05/13 10:32:56 | 2011/05/13 10:32:55 | Spread | -- / -- | -$1.99 | Limit | Day | Filled |
| SLW May 11 43.00 Call | | | | Buy to Close | 100 / 100 | | | | |
| SLW Jun 11 35.00 Call | | | | Sell to Open | 100 / 100 | | | | |
| - SLW Spread | 32715991 | 2011/05/13 10:31:38 | 2011/05/13 10:31:37 | Spread | -- / -- | -$1.93 | Limit | Day | Filled |
| SLW May 11 42.00 Call | | | | Buy to Close | 150 / 150 | | | | |
| SLW Jun 11 35.00 Call | | | | Sell to Open | 150 / 150 | | | | |
| - RVBD Spread | 32716146 | 2011/05/13 10:20:27 | 2011/05/13 10:20:01 | Spread | -- / -- | $1.50 | Limit | Day | Filled |
| RVBD May 11 35.00 Call | | | | Buy to Close | 50 / 50 | | | | |
| RVBD Jun 11 39.00 Call | | | | Sell to Open | 50 / 50 | | | | |
| - RVBD Spread | 32717460 | 2011/05/13 10:20:02 | 2011/05/13 10:17:52 | Spread | -- / -- | $1.45 | Limit | Day | Canceled |
| RVBD May 11 35.00 Call | | | | Buy to Close | 50 / 0 | | | | |
| RVBD Jun 11 39.00 Call | | | | Sell to Open | 50 / 0 | | | | |
| SPY May 11 136.00 Call | 32694590 | 2011/05/12 14:31:34 | 2011/05/12 14:31:33 | Sell to Open | 100.0 / 100.0 | $.61 | Limit | Day | Filled |
| SPY May 11 136.00 Call | 32664707 | 2011/05/12 08:37:44 | 2011/05/12 08:04:47 | Buy to Close | 100.0 / 100.0 | $.37 | Limit | Day | Filled |
| - KEP Spread | 32657806 | 2011/05/11 15:02:30 | 2011/05/11 14:34:12 | Spread | -- / -- | $.45 | Limit | Day | Partial Canceled |
| KEP Jun 11 12.50 Call | | | | Sell to Close | 39 / 17 | | | | |
| KEP Sep 11 12.50 Call | | | | Buy to Open | 39 / 17 | | | | |
| - KEP Spread | 32631810 | 2011/05/11 14:34:13 | 2011/05/11 09:13:02 | Spread | -- / -- | $.50 | Limit | Day | Partial Canceled |
| KEP Jun 11 12.50 Call | | | | Sell to Close | 39 / 17 | | | | |
| KEP Sep 11 12.50 Call | | | | Buy to Open | 39 / 17 | | | | |
| - SLW Spread | 32625678 | 2011/05/11 08:32:02 | 2011/05/10 19:29:49 | Spread | -- / -- | $5.32 | Limit | Day | Filled |
| SLW May 11 37.00 Call | | | | Sell to Open | 50 / 50 | | | | |
| SLW Jan 12 37.00 Call | | | | Buy to Open | 50 / 50 | | | | |
| - KGC Spread | 32618061 | 2011/05/10 15:02:28 | 2011/05/10 13:43:57 | Spread | -- / -- | $1.27 | Limit | Day | Partial Canceled |
| KGC May 11 15.00 Call | | | | Sell to Open | 100 / 94 | | | | |
| KGC Nov 11 15.00 Call | | | | Buy to Open | 100 / 94 | | | | |
| - TQNT Spread | 32615250 | 2011/05/10 15:02:27 | 2011/05/10 13:32:32 | Spread | -- / -- | $1.17 | Limit | Day | Partial Canceled |
| TQNT May 11 12.00 Call | | | | Buy to Close | 100 / 50 | | | | |
| TQNT Jun 11 14.00 Call | | | | Sell to Open | 100 / 50 | | | | |
| - SLV Spread | 32618803 | 2011/05/10 14:50:59 | 2011/05/10 13:47:55 | Spread | -- / -- | $3.02 | Limit | Day | Filled |
| SLV May 11 38.00 Call | | | | Sell to Open | 50 / 50 | | | | |
| SLV Oct 11 38.00 Call | | | | Buy to Open | 50 / 50 | | | | |
| SLV May 11 38.00 Call | 32618779 | 2011/05/10 13:46:04 | 2011/05/10 13:46:02 | Sell to Open | 50.0 / 50.0 | $1.34 | Limit | Day | Filled |
| - SLV Spread | 32618657 | 2011/05/10 13:39:19 | 2011/05/10 13:38:03 | Spread | -- / -- | $2.74 | Limit | Day | Filled |
| SLV Jul 11 42.00 Call | | | | Sell to Close | 50 / 50 | | | | |
| SLV Oct 11 38.00 Call | | | | Buy to Open | 50 / 50 | | | | |
| - TQNT Spread | 32613917 | 2011/05/10 13:32:33 | 2011/05/10 11:52:37 | Spread | -- / -- | $1.15 | Limit | Day | Partial Canceled |
| TQNT May 11 12.00 Call | | | | Buy to Close | 100 / 50 | | | | |
| TQNT Jun 11 14.00 Call | | | | Sell to Open | 100 / 50 | | | | |
| - SPY Spread | 32611692 | 2011/05/10 12:25:47 | 2011/05/10 12:25:00 | Spread | -- / -- | $.57 | Limit | Day | Filled |
| SPY May 11 135.00 Call | | | | Buy to Open | 100 / 100 | | | | |
| SPY May 11 136.00 Call | | | | Sell to Open | 100 / 100 | | | | |
| - SPY Spread | 32613899 | 2011/05/10 12:25:00 | 2011/05/10 12:21:06 | Spread | -- / -- | $.56 | Limit | Day | Partial Canceled |
| SPY May 11 135.00 Call | | | | Buy to Open | 100 / 11 | | | | |
| SPY May 11 136.00 Call | | | | Sell to Open | 100 / 11 | | | | |

| Description | Order ID | Last Update | Created On | Transaction | Quantity / Filled | Price | Type | Duration | Status |
|---|---|---|---|---|---|---|---|---|---|
| - SLW Spread | 32593303 | 2011/05/10 08:37:20 | 2011/05/09 19:38:10 | Spread | -- / -- | $.80 | Limit | Day | Filled |
| SLW Jan 12 37.00 Call | | | | Buy to Open | 100 / 100 | | | | |
| SLW Jan 12 39.00 Call | | | | Sell to Close | 100 / 100 | | | | |
| - SLW Spread | 32590849 | 2011/05/10 08:35:22 | 2011/05/09 19:36:37 | Spread | -- / -- | $1.18 | Limit | Day | Filled |
| SLW Jan 12 37.00 Call | | | | Buy to Open | 150 / 150 | | | | |
| SLW Jan 12 40.00 Call | | | | Sell to Close | 150 / 150 | | | | |
| HMY May 11 14.00 Call | 32586965 | 2011/05/09 14:36:39 | 2011/05/09 14:01:00 | Sell to Open | 100.0 / 100.0 | $.35 | Limit | Day | Filled |
| - KEP Spread | 32533724 | 2011/05/08 15:02:14 | 2011/05/06 09:48:56 | Spread | -- / -- | $.40 | Limit | Day | Partial Canceled |
| KEP Jun 11 12.50 Call | | | | Sell to Close | 100 / 61 | | | | |
| KEP Sep 11 12.50 Call | | | | Buy to Open | 100 / 61 | | | | |
| SPY May 11 134.00 Call | 32532750 | 2011/05/06 10:04:39 | 2011/05/06 09:45:00 | Sell to Close | 100.0 / 100.0 | $2.23 | Limit | Day | Filled |
| SPY May 11 134.00 Call | 32524605 | 2011/05/06 09:45:01 | 2011/05/06 08:38:49 | Sell to Close | 100.0 / 0 | $2.40 | Limit | Day | Canceled |
| HMY Aug 11 14.00 Call | 31482487 | 2011/05/05 08:31:45 | 2011/03/25 10:03:05 | Buy to Open | 100.0 / 100.0 | $1.15 | Limit | GTC | Filled |
| SPY May 11 136.00 Call | 32449981 | 2011/05/04 15:17:12 | 2011/05/04 09:21:55 | Sell to Open | 100.0 / 0 | $1.27 | Limit | Day | Canceled |
| - HL Spread | 32451538 | 2011/05/04 12:31:28 | 2011/05/04 09:33:16 | Spread | -- / -- | -$.12 | Limit | Day | Filled |
| HL May 11 10.00 Call | | | | Buy to Close | 500 / 500 | | | | |
| HL May 11 9.00 Call | | | | Sell to Open | 500 / 500 | | | | |
| GOLD Stock | 32452338 | 2011/05/04 12:27:50 | 2011/05/04 09:39:21 | Sell to Close | 500.0 / 500.0 | $82.60 | Limit | Day | Filled |
| - PAAS Spread | 32448124 | 2011/05/04 09:31:38 | 2011/05/04 09:31:31 | Spread | -- / -- | -$1.03 | Limit | Day | Filled |
| PAAS May 11 38.00 Call | | | | Buy to Close | 100 / 100 | | | | |
| PAAS May 11 34.00 Call | | | | Sell to Open | 100 / 100 | | | | |
| KGC May 11 15.00 Call | 32448865 | 2011/05/04 09:28:56 | 2011/05/04 09:28:42 | Sell to Open | 400.0 / 400.0 | $.46 | Limit | Day | Filled |
| KGC May 11 16.00 Call | 32448910 | 2011/05/04 09:27:21 | 2011/05/04 09:25:59 | Buy to Close | 400.0 / 400.0 | $.15 | Limit | Day | Filled |
| SPY May 11 136.00 Call | 32449042 | 2011/05/04 09:20:47 | 2011/05/04 09:20:46 | Buy to Close | 100.0 / 100.0 | $1.04 | Limit | Day | Filled |
| - EXPE Spread | 32440980 | 2011/05/04 08:31:11 | 2011/05/03 21:53:14 | Spread | -- / -- | -$1.25 | Limit | Day | Filled |
| EXPE May 11 24.00 Call | | | | Buy to Close | 50 / 50 | | | | |
| EXPE Jul 11 23.00 Call | | | | Sell to Close | 50 / 50 | | | | |
| - SPY Spread | 32399920 | 2011/05/03 09:17:58 | 2011/05/02 22:53:21 | Spread | -- / -- | -$1.52 | Limit | Day | Partial Canceled |
| SPY May 11 133.00 Call | | | | Sell to Close | 100 / 13 | | | | |
| SPY May 11 135.00 Call | | | | Buy to Close | 100 / 13 | | | | |
| - SPY Spread | 32410108 | 2011/05/03 09:17:58 | 2011/05/03 09:17:57 | Spread | -- / -- | -$1.48 | Limit | Day | Filled |
| SPY May 11 133.00 Call | | | | Sell to Close | 100 / 100 | | | | |
| SPY May 11 135.00 Call | | | | Buy to Close | 100 / 100 | | | | |
| - RVBD Spread | 32393419 | 2011/05/02 15:02:27 | 2011/05/02 13:49:37 | Spread | -- / -- | -$3.90 | Limit | Day | Partial Canceled |
| RVBD May 11 35.00 Call | | | | Buy to Close | 100 / 50 | | | | |
| RVBD Sep 11 33.00 Call | | | | Sell to Close | 100 / 50 | | | | |
| - EXPE Spread | 32390746 | 2011/05/02 15:02:27 | 2011/05/02 13:33:30 | Spread | -- / -- | -$1.22 | Limit | Day | Canceled |
| EXPE May 11 24.00 Call | | | | Buy to Close | 50 / 0 | | | | |
| EXPE Jul 11 23.00 Call | | | | Sell to Close | 50 / 0 | | | | |
| - EXPE Spread | 32358772 | 2011/05/02 15:02:17 | 2011/04/30 19:05:51 | Spread | -- / -- | -$1.20 | Limit | Day | Partial Canceled |
| EXPE May 11 24.00 Call | | | | Buy to Close | 100 / 50 | | | | |
| EXPE Jul 11 23.00 Call | | | | Sell to Close | 100 / 50 | | | | |
| - SLV Spread | 32394073 | 2011/05/02 14:54:48 | 2011/05/02 14:54:45 | Spread | -- / -- | $.10 | Limit | Day | Filled |
| SLV Oct 11 45.00 Call | | | | Sell to Close | 50 / 50 | | | | |
| SLV Jul 11 42.00 Call | | | | Buy to Open | 50 / 50 | | | | |
| EXPE May 11 25.00 Call | 32389969 | 2011/05/02 14:21:14 | 2011/05/02 13:31:57 | Buy to Close | 100.0 / 100.0 | $.90 | Limit | Day | Filled |
| GOLD Stock | 32089264 | 2011/05/02 13:56:04 | 2011/04/20 01:03:45 | Buy to Open | 500.0 / 500.0 | $84.50 | Limit | GTC | Filled |
| - RVBD Spread | 32391130 | 2011/05/02 13:49:38 | 2011/05/02 13:38:33 | Spread | -- / -- | -$3.92 | Limit | Day | Partial Canceled |
| RVBD May 11 35.00 Call | | | | Buy to Close | 100 / 50 | | | | |
| RVBD Sep 11 33.00 Call | | | | Sell to Close | 100 / 50 | | | | |
| SLV Oct 11 45.00 Call | 32389632 | 2011/05/02 13:46:15 | 2011/05/02 13:46:13 | Buy to Open | 50.0 / 50.0 | $5.30 | Limit | Day | Filled |

| Description | Order ID | Last Update | Created On | Transaction | Quantity / Filled | Price Type | Duration | Status |
|---|---|---|---|---|---|---|---|---|
| EXPE May 11 25.00 Call | 32359714 | 2011/05/02 13:31:31 | 2011/04/30 19:06:38 | Buy to Close | 100.0 / 0 | $.60 Limit | Day | Canceled |
| - SLW Spread | 32370631 | 2011/05/02 10:50:18 | 2011/05/02 09:05:22 | Spread | -- / -- | $1.20 Limit | Day | Filled |
| SLW Jan 12 42.00 Call | | | | Sell to Close | 100 / 100 | | | |
| SLW Jan 12 39.00 Call | | | | Buy to Open | 100 / 100 | | | |
| - SSRI Spread | 32374578 | 2011/05/02 09:15:43 | 2011/05/02 09:13:24 | Spread | -- / -- | $.80 Limit | Day | Filled |
| SSRI Dec 11 36.00 Call | | | | Sell to Close | 100 / 100 | | | |
| SSRI Dec 11 34.00 Call | | | | Buy to Open | 100 / 100 | | | |
| - SSRI Spread | 32371892 | 2011/05/02 09:12:07 | 2011/05/02 09:12:06 | Spread | -- / -- | $1.30 Limit | Day | Filled |
| SSRI Sep 11 36.00 Call | | | | Sell to Close | 100 / 100 | | | |
| SSRI Sep 11 33.00 Call | | | | Buy to Open | 100 / 100 | | | |
| SLW May 11 42.00 Call | 32327529 | 2011/04/29 11:22:18 | 2011/04/29 08:47:56 | Sell to Open | 150.0 / 150.0 | $1.74 Limit | Day | Filled |
| SLW May 11 42.00 Call | 32326830 | 2011/04/29 08:44:55 | 2011/04/29 08:44:53 | Buy to Close | 150.0 / 150.0 | $1.66 Limit | Day | Filled |
| SSRI Dec 11 36.00 Call | 32310792 | 2011/04/29 08:38:25 | 2011/04/28 14:02:25 | Buy to Open | 50.0 / 50.0 | $4.50 Limit | GTC | Filled |
| SPY May 11 135.00 Call | 32327160 | 2011/04/29 08:38:18 | 2011/04/29 08:38:17 | Sell to Open | 50.0 / 50.0 | $2.30 Limit | Day | Filled |
| SPY May 11 135.00 Call | 32326163 | 2011/04/29 08:36:36 | 2011/04/29 08:33:34 | Buy to Close | 100.0 / 50.0 | $2.29 Limit | Day | Partial Canceled |
| EXPE May 11 25.00 Call | 32199050 | 2011/04/28 12:32:46 | 2011/04/25 14:16:04 | Sell to Open | 100.0 / 100.0 | $.65 Limit | GTC | Filled |
| - SLW Spread | 32280085 | 2011/04/28 12:14:03 | 2011/04/27 15:57:21 | Spread | -- / -- | $5.96 Limit | Day | Filled |
| SLW May 11 42.00 Call | | | | Sell to Open | 50 / 50 | | | |
| SLW Jan 12 40.00 Call | | | | Buy to Open | 50 / 50 | | | |
| - SLW Spread | 32299899 | 2011/04/28 10:47:06 | 2011/04/28 10:08:12 | Spread | -- / -- | $5.60 Limit | Day | Filled |
| SLW May 11 43.00 Call | | | | Sell to Open | 100 / 100 | | | |
| SLW Jan 12 42.00 Call | | | | Buy to Open | 100 / 100 | | | |
| SSRI May 11 36.00 Call | 32281397 | 2011/04/28 10:16:14 | 2011/04/27 15:52:02 | Sell to Open | 50.0 / 50.0 | $1.40 Limit | Day | Filled |
| - SLW Spread | 32299916 | 2011/04/28 10:08:13 | 2011/04/28 10:04:05 | Spread | -- / -- | $5.59 Limit | Day | Canceled |
| SLW May 11 43.00 Call | | | | Sell to Open | 100 / 0 | | | |
| SLW Jan 12 42.00 Call | | | | Buy to Open | 100 / 0 | | | |
| - SPY Spread | 32297888 | 2011/04/28 10:07:18 | 2011/04/28 10:07:17 | Spread | -- / -- | $1.33 Limit | Day | Filled |
| SPY May 11 134.00 Call | | | | Buy to Open | 100 / 100 | | | |
| SPY May 11 136.00 Call | | | | Sell to Open | 100 / 100 | | | |
| SSRI May 11 36.00 Call | 32298445 | 2011/04/28 09:54:29 | 2011/04/28 09:52:58 | Sell to Open | 50.0 / 50.0 | $1.25 Limit | Day | Filled |
| PAAS May 11 38.00 Call | 32278550 | 2011/04/28 08:56:46 | 2011/04/27 15:50:35 | Sell to Open | 100.0 / 100.0 | $1.50 Limit | GTC | Filled |
| - SSRI Spread | 32279008 | 2011/04/28 08:30:30 | 2011/04/27 15:53:34 | Spread | -- / -- | $.30 Limit | Day | Filled |
| SSRI Sep 11 34.00 Call | | | | Sell to Close | 50 / 50 | | | |
| SSRI Dec 11 36.00 Call | | | | Buy to Open | 50 / 50 | | | |
| - PAAS Spread | 32268290 | 2011/04/27 15:02:24 | 2011/04/27 12:45:26 | Spread | -- / -- | $4.93 Limit | Day | Canceled |
| PAAS May 11 37.00 Call | | | | Sell to Open | 50 / 0 | | | |
| PAAS Jan 12 35.00 Call | | | | Buy to Open | 50 / 0 | | | |
| EXPE May 11 24.00 Call | 32267950 | 2011/04/27 14:42:04 | 2011/04/27 12:52:54 | Sell to Open | 100.0 / 100.0 | $.95 Limit | Day | Filled |
| SLW May 11 42.00 Call | 32268409 | 2011/04/27 12:57:07 | 2011/04/27 12:57:03 | Sell to Open | 100.0 / 100.0 | $2.01 Limit | Day | Filled |
| EXPE May 11 24.00 Call | 32259480 | 2011/04/27 12:52:55 | 2011/04/27 10:03:44 | Sell to Open | 100.0 / 0 | $1.00 Limit | Day | Canceled |
| KGC May 11 16.00 Call | 32267174 | 2011/04/27 12:47:50 | 2011/04/27 12:47:48 | Sell to Open | 400.0 / 400.0 | $.30 Limit | Day | Filled |
| - SPY Spread | 32265850 | 2011/04/27 12:11:10 | 2011/04/27 12:10:56 | Spread | -- / -- | $1.34 Limit | Day | Filled |
| SPY May 11 133.00 Call | | | | Buy to Open | 100 / 100 | | | |
| SPY May 11 135.00 Call | | | | Sell to Open | 100 / 100 | | | |
| SKX May 11 20.00 Call | 32227146 | 2011/04/26 12:11:06 | 2011/04/26 11:29:59 | Sell to Open | 100.0 / 100.0 | $1.25 Limit | Day | Filled |
| - RVBD Spread | 32199766 | 2011/04/25 15:02:27 | 2011/04/25 14:18:35 | Spread | -- / -- | $.50 Limit | Day | Canceled |
| RVBD May 11 35.00 Call | | | | Buy to Close | 100 / 0 | | | |
| RVBD May 11 36.00 Call | | | | Sell to Open | 100 / 0 | | | |
| PAAS May 11 36.00 Call | 32195421 | 2011/04/25 15:02:17 | 2011/04/25 12:41:56 | Sell to Open | 100.0 / 0 | $2.10 Limit | Day | Canceled |
| SLW May 11 43.00 Call | 32193095 | 2011/04/25 13:15:58 | 2011/04/25 12:39:23 | Buy to Close | 100.0 / 100.0 | $1.66 Limit | GTC | Filled |
| SSRI Sep 11 34.00 Call | 32160771 | 2011/04/21 15:02:30 | 2011/04/21 14:41:00 | Sell to Close | 50.0 / 0 | $4.60 Limit | Day | Canceled |