• **Account Summary** •

**[redacted]1796 - MARGHERITA DEGREGORIO**

| **Firm** | **Account** |
|---|---|
| 07-Penson Financial Services, Inc. | [redacted]1796 |

**Account Summary as of 05/20/2011**

| **Buying Power** | | **Equity** | |
|---|---|---|---|
| Day Trading Buying Power: | **0.00** | Margin Equity In USD: | **19,824.98** |
| Overnight Buying Power: | **0.00** | Equity %: | **3.91** |
| | | Total Account Value in USD: | **268,322.95** |

**Balances**

| | |
|---|---|
| Total Trade Date Balances In USD: | **413,149.98** |
| Total Settle Date Balance In USD: | **29,168.94** |

**Balance Detail IN USD**

| Account Type | Trade Date Balance | Settle Date Balance |
|---|---|---|
| General Margin | 28,245.51 | .00 |
| Money Market | 923.43 | 29,168.94 |
| Short | 383,981.04 | .00 |

**Positions**

| | |
|---|---|
| Total Trade Date Market Value in USD: | **-144,827.03** |
| Total Settle Date Market Value in USD: | **252,782.97** |

**Positions in USD**

| Security Type | Account Type | Trade Date Market Value | Settle Date Market Value |
|---|---|---|---|
| Call | General Margin | 251,247.97 | 251,247.97 |
| Common Stock | General Margin | 4,285.00 | 4,285.00 |
| Common Stock | Short | -264,000.00 | .00 |
| Mutual Fund | Short | -133,610.00 | .00 |
| Put | General Margin | -2,750.00 | -2,750.00 |

## Account Positions

[Close Window] [Print]

Account Number: [redacted]1796, MARG
Date: May 23, 2011 10:56:27 AM
Page(s): to

optionshouse
An Online Brokerage

| Description | Qty | Price | Mkt Value | Cost Basis | Gain/Loss | Pos Dly Chg | Pos Val Chg | Stock Last | Pos Bid | Pos Ask |
|---|---|---|---|---|---|---|---|---|---|---|
| CDE Sep 11 25.00 Call | 200 | $3.10 | $62,000.00 | $71,400.00 | -$9,400.00 | -$0.15 | -$3,000.00 | $24.97 | $3.00 | $3.20 |
| DRYS Jan 12 4.00 Call | 474 | $0.51 | $24,411.00 | $71,882.00 | -$47,471.00 | -$0.05 | -$2,370.00 | $3.72 | $.50 | $.53 |
| GOLD Jun 11 80.00 Call | 100 | $1.13 | $11,250.00 | $101,950.00 | -$90,700.00 | -$0.65 | -$6,500.00 | $75.86 | $1.05 | $1.20 |
| KEP Jun 11 12.50 Call | 200 | $1.08 | $21,500.00 | $48,598.00 | -$27,098.00 | $0.20 | $4,000.00 | $13.46 | $.95 | $1.20 |
| KGC Nov 11 14.00 Call | 100 | $1.88 | $18,850.00 | $17,000.00 | $1,850.00 | -$0.13 | -$1,250.00 | $14.69 | $1.86 | $1.91 |
| MSITF Stock | 100000 | $0.00 | $10.00 | $0.00 | $10.00 | $0.00 | -- | $0.00 | $0.00 | NaN |
| NEM Jun 11 55.00 Call | -50 | $1.34 | $6,675.00 | -$6,400.00 | -$275.00 | $0.13 | -$625.00 | $54.29 | $1.32 | $1.35 |
| NEM Dec 11 52.50 Call | 50 | $5.80 | $29,000.00 | $25,950.00 | $3,050.00 | $0.15 | $750.00 | $54.29 | $5.75 | $5.85 |
| PAAS Oct 11 32.00 Call | 100 | $3.90 | $39,000.00 | $41,770.00 | -$2,770.00 | -$0.20 | -$2,000.00 | $32.20 | $3.80 | $4.00 |
| RIMM Sep 11 52.50 Call | 100 | $1.34 | $13,350.00 | $59,500.00 | -$46,150.00 | -$0.07 | -$750.00 | $43.30 | $1.32 | $1.35 |
| SILA Stock | 15000 | $0.09 | $1,387.50 | $11,650.00 | -$10,262.50 | $0.00 | $22.50 | $.09 | $.09 | $.10 |
| SVM Dec 11 12.00 Call | 200 | $1.15 | $23,000.00 | $39,291.00 | -$16,291.00 | -$0.05 | -$1,000.00 | $10.06 | $1.10 | $1.20 |
| TC Jun 11 15.00 Call | 40 | $0.03 | $100.00 | $10,590.00 | -$10,490.00 | $0.00 | -- | $10.25 | $0.00 | $.05 |
| TUFF Stock | 30000 | $0.10 | $3,000.00 | $6,000.00 | -$3,000.00 | $0.00 | $90.00 | $.10 | $.09 | $.10 |

This report does not serve as an official record and the information it contains is for informational purposes only. For an official record of your positions and account activity, please refer to your confirmations and account statements.

(c) 2006-11 OptionsHouse, LLC All rights reserved. Member of FINRA, SIPC.

# Account Orders

[Close Window] [Print]

Account Number: ████1796, MARG
Date: Mon May 23 2011 11:07:58 GMT-0500 (Central Daylight Time)
Page(s): 1 to 182



| Description | Order ID | Last Update | Created On | Transaction | Quantity / Filled | Price Type | Duration | Status |
|---|---|---|---|---|---|---|---|---|
| KEP Stock | 32917459 | 2011/05/23 09:05:19 | 2011/05/23 09:05:09 | Buy to Close | 17,600.0 / 17,600.0 | -- Market | Day | Filled |
| KEP Stock | 32912676 | 2011/05/23 09:04:41 | 2011/05/23 08:35:39 | Buy to Close | 20,000.0 / 2,400.0 | $13.45 Limit | Day | Partial C |
| SPY Jun 11 134.00 Call | 32915643 | 2011/05/23 09:01:50 | 2011/05/23 09:01:49 | Sell to Close | 10.0 / 10.0 | -- Market | Day | Filled |
| SPY Jun 11 134.00 Call | 32914167 | 2011/05/23 09:00:48 | 2011/05/23 09:00:14 | Sell to Close | 10.0 / 0 | $1.15 Limit | Day | Cancele |
| SPY Jun 11 134.00 Put | 32912671 | 2011/05/23 08:58:38 | 2011/05/23 08:58:37 | Buy to Close | 10.0 / 10.0 | -- Market | Day | Filled |
| SPY Stock | 32915877 | 2011/05/23 08:56:13 | 2011/05/23 08:56:11 | Buy to Close | 1,000.0 / 1,000.0 | $132.12 Limit | Day | Filled |
| SVM May 11 12.00 Call | 32655886 | 2011/05/21 06:30:16 | 2011/05/11 14:24:49 | Sell to Open | 200.0 / 0 | $.15 Limit | GTC | Cancele |
| - NEM Spread | 32841522 | 2011/05/19 09:00:29 | 2011/05/19 08:57:01 | Spread | -- / -- | $.32 Limit | Day | Filled |
| NEM May 11 52.50 Call | | | | Buy to Close | 50 / 50 | | | |
| NEM Jun 11 55.00 Call | | | | Sell to Open | 50 / 50 | | | |
| - PAAS Spread | 32752094 | 2011/05/16 13:29:00 | 2011/05/16 10:58:58 | Spread | -- / -- | $3.60 Limit | Day | Filled |
| PAAS May 11 33.00 Call | | | | Sell to Open | 100 / 100 | | | |
| PAAS Oct 11 32.00 Call | | | | Buy to Open | 100 / 100 | | | |
| - KGC Spread | 32750991 | 2011/05/16 11:13:54 | 2011/05/16 10:56:55 | Spread | -- / -- | $1.63 Limit | Day | Filled |
| KGC May 11 15.00 Call | | | | Sell to Open | 100 / 100 | | | |
| KGC Nov 11 14.00 Call | | | | Buy to Open | 100 / 100 | | | |
| SPY May 11 135.00 Call | 32750455 | 2011/05/16 10:42:28 | 2011/05/16 10:42:27 | Sell to Close | 100.0 / 100.0 | $.64 Limit | Day | Filled |
| SPY May 11 136.00 Call | 32728193 | 2011/05/13 14:19:12 | 2011/05/13 14:13:06 | Buy to Close | 100.0 / 100.0 | $.34 Limit | Day | Filled |
| SPY May 11 136.00 Call | 32732077 | 2011/05/13 14:13:07 | 2011/05/13 13:52:16 | Buy to Close | 100.0 / 4.0 | $.32 Limit | Day | Partial C |
| CDE May 11 26.00 Call | 32731823 | 2011/05/13 14:11:06 | 2011/05/13 14:11:04 | Sell to Open | 200.0 / 200.0 | $.55 Limit | Day | Filled |
| - CDE Spread | 32732277 | 2011/05/13 14:09:36 | 2011/05/13 14:09:35 | Spread | -- / -- | $1.80 Limit | Day | Filled |
| CDE Sep 11 30.00 Call | | | | Sell to Close | 200 / 200 | | | |
| CDE Sep 11 25.00 Call | | | | Buy to Open | 200 / 200 | | | |
| - NEM Spread | 32729250 | 2011/05/13 14:06:42 | 2011/05/13 14:05:09 | Spread | -- / -- | -$1.04 Limit | Day | Filled |
| NEM May 11 60.00 Call | | | | Buy to Close | 50 / 50 | | | |
| NEM May 11 52.50 Call | | | | Sell to Open | 50 / 50 | | | |
| - NEM Spread | 32731797 | 2011/05/13 13:56:40 | 2011/05/13 13:56:39 | Spread | -- / -- | $2.70 Limit | Day | Filled |
| NEM Dec 11 52.50 Call | | | | Buy to Open | 50 / 50 | | | |
| NEM Dec 11 60.00 Call | | | | Sell to Close | 50 / 50 | | | |
| SPY May 11 136.00 Call | 32697000 | 2011/05/12 14:28:55 | 2011/05/12 14:28:53 | Sell to Open | 100.0 / 100.0 | $.60 Limit | Day | Filled |
| SPY May 11 136.00 Call | 32653814 | 2011/05/12 08:32:11 | 2011/05/11 14:17:54 | Buy to Close | 100.0 / 100.0 | $.40 Limit | GTC | Filled |
| - KEP Spread | 32657584 | 2011/05/11 15:02:28 | 2011/05/11 14:28:55 | Spread | -- / -- | $.45 Limit | Day | Cancele |
| KEP Jun 11 12.50 Call | | | | Sell to Close | 200 / 0 | | | |
| KEP Sep 11 12.50 Call | | | | Buy to Open | 200 / 0 | | | |
| - GOLD Spread | 32659056 | 2011/05/11 15:02:28 | 2011/05/11 14:23:10 | Spread | -- / -- | $4.05 Limit | Day | Cancele |
| GOLD Jun 11 80.00 Call | | | | Sell to Close | 100 / 0 | | | |
| GOLD Sep 11 77.50 Call | | | | Buy to Open | 100 / 0 | | | |
| SVM May 11 12.00 Call | 32614459 | 2011/05/11 14:24:50 | 2011/05/10 12:15:41 | Sell to Open | 200.0 / 0 | $.35 Limit | GTC | Cancele |
| - SVM Spread | 32611769 | 2011/05/10 12:14:21 | 2011/05/10 12:14:19 | Spread | -- / -- | $1.14 Limit | Day | Filled |
| SVM Sep 11 14.00 Call | | | | Sell to Close | 200 / 200 | | | |
| SVM Dec 11 12.00 Call | | | | Buy to Open | 200 / 200 | | | |
| - SVM Spread | 32611315 | 2011/05/10 12:14:20 | 2011/05/10 12:12:40 | Spread | -- / -- | $1.13 Limit | Day | Partial C |

| Description | Order ID | Last Update | Created On | Transaction | Quantity / Filled | Price Type | Duration | Status |
|---|---|---|---|---|---|---|---|---|
| SVM Sep 11 14.00 Call | | | | Sell to Close | 200 / 159 | | | |
| SVM Dec 11 12.00 Call | | | | Buy to Open | 200 / 159 | | | |
| - SVM Spread | 32611034 | 2011/05/10 12:12:41 | 2011/05/10 12:09:53 | Spread | -- / -- | $1.12 Limit | Day | Partial C |
| SVM Sep 11 14.00 Call | | | | Sell to Close | 200 / 109 | | | |
| SVM Dec 11 12.00 Call | | | | Buy to Open | 200 / 109 | | | |
| - SVM Spread | 32611206 | 2011/05/10 12:09:54 | 2011/05/10 12:01:46 | Spread | -- / -- | $1.10 Limit | Day | Cancele |
| SVM Sep 11 14.00 Call | | | | Sell to Close | 200 / 0 | | | |
| SVM Dec 11 12.00 Call | | | | Buy to Open | 200 / 0 | | | |
| - SPY Spread | 32612328 | 2011/05/10 12:09:20 | 2011/05/10 12:09:18 | Spread | -- / -- | $.57 Limit | Day | Filled |
| SPY May 11 135.00 Call | | | | Buy to Open | 100 / 100 | | | |
| SPY May 11 136.00 Call | | | | Sell to Open | 100 / 100 | | | |
| - SPY Spread | 32612030 | 2011/05/10 12:09:19 | 2011/05/10 12:08:27 | Spread | -- / -- | $.56 Limit | Day | Cancele |
| SPY May 11 135.00 Call | | | | Buy to Open | 100 / 0 | | | |
| SPY May 11 136.00 Call | | | | Sell to Open | 100 / 0 | | | |
| - ATLS Spread | 32582672 | 2011/05/09 13:44:26 | 2011/05/09 12:29:43 | Spread | -- / -- | -$2.50 Limit | Day | Filled |
| ATLS Jun 11 30.00 Call | | | | Buy to Close | 58 / 58 | | | |
| ATLS Jul 11 22.50 Call | | | | Sell to Close | 58 / 58 | | | |
| - SPY Spread | 32557036 | 2011/05/09 08:30:02 | 2011/05/06 22:38:06 | Spread | -- / -- | -$.27 Limit | Day | Filled |
| SPY Jun 11 134.00 Call | | | | Buy to Open | 10 / 10 | | | |
| SPY May 11 134.00 Call | | | | Sell to Open | 10 / 10 | | | |
| SPY May 11 134.00 Put | | | | Buy to Open | 10 / 10 | | | |
| SPY Jun 11 134.00 Put | | | | Sell to Open | 10 / 10 | | | |
| - KEP Spread | 32549371 | 2011/05/06 15:02:29 | 2011/05/06 14:29:47 | Spread | -- / -- | -$.20 Limit | Day | Cancele |
| KEP May 11 12.50 Call | | | | Buy to Close | 200 / 0 | | | |
| KEP Jun 11 12.50 Call | | | | Sell to Close | 200 / 0 | | | |
| - SPY Spread | 32552601 | 2011/05/06 14:46:00 | 2011/05/06 14:33:55 | Spread | -- / -- | -$1.15 Limit | Day | Filled |
| SPY May 11 134.00 Call | | | | Buy to Close | 50 / 50 | | | |
| SPY Jun 11 134.00 Call | | | | Sell to Close | 50 / 50 | | | |
| CDE May 11 32.00 Call | 32550804 | 2011/05/06 14:28:41 | 2011/05/06 14:25:06 | Buy to Close | 200.0 / 200.0 | $.55 Limit | Day | Filled |
| DRYS May 11 4.50 Call | 32550880 | 2011/05/06 14:18:10 | 2011/05/06 14:18:08 | Buy to Close | 474.0 / 474.0 | $.18 Limit | Day | Filled |
| - ATLS Spread | 32536549 | 2011/05/06 14:16:36 | 2011/05/06 10:19:41 | Spread | -- / -- | -$2.60 Limit | Day | Cancele |
| ATLS Jun 11 30.00 Call | | | | Buy to Close | 58 / 0 | | | |
| ATLS Jul 11 22.50 Call | | | | Sell to Close | 58 / 0 | | | |
| - SPY Spread | 32551517 | 2011/05/06 14:12:04 | 2011/05/06 14:10:44 | Spread | -- / -- | $1.14 Limit | Day | Filled |
| SPY May 11 134.00 Call | | | | Sell to Open | 50 / 50 | | | |
| SPY Jun 11 134.00 Call | | | | Buy to Open | 50 / 50 | | | |
| - ATLS Spread | 32533047 | 2011/05/06 10:19:42 | 2011/05/06 09:40:56 | Spread | -- / -- | -$2.65 Limit | Day | Cancele |
| ATLS Jun 11 30.00 Call | | | | Buy to Close | 58 / 0 | | | |
| ATLS Jul 11 22.50 Call | | | | Sell to Close | 58 / 0 | | | |
| KEP May 11 12.50 Call | 32529233 | 2011/05/06 09:46:12 | 2011/05/06 09:38:24 | Buy to Close | 100.0 / 100.0 | $1.35 Limit | Day | Filled |
| - ATLS Spread | 32532906 | 2011/05/06 09:40:57 | 2011/05/06 09:36:29 | Spread | -- / -- | -$2.68 Limit | Day | Cancele |
| ATLS Jun 11 30.00 Call | | | | Buy to Close | 58 / 0 | | | |
| ATLS Jul 11 22.50 Call | | | | Sell to Close | 58 / 0 | | | |
| SPY Jun 11 133.00 Call | 32534217 | 2011/05/06 09:39:48 | 2011/05/06 09:39:38 | Sell to Close | 100.0 / 100.0 | $4.03 Limit | Day | Filled |
| - ATLS Spread | 32533597 | 2011/05/06 09:36:31 | 2011/05/06 09:30:55 | Spread | -- / -- | -$2.70 Limit | Day | Cancele |
| ATLS Jun 11 30.00 Call | | | | Buy to Close | 58 / 0 | | | |
| ATLS Jul 11 22.50 Call | | | | Sell to Close | 58 / 0 | | | |
| ATLS Jun 11 30.00 Call | 32509937 | 2011/05/06 09:36:05 | 2011/05/05 13:05:47 | Buy to Close | 58.0 / 0 | $.10 Limit | GTC | Cancele |

| Description | Order ID | Last Update | Created On | Transaction | Quantity / Filled | Price Type | Duration | Status |
|---|---|---|---|---|---|---|---|---|
| SPY Jun 11 133.00 Call | 32516637 | 2011/05/05 14:41:36 | 2011/05/05 14:33:37 | Buy to Open | 100.0 / 100.0 | $3.15 Limit | Day | Filled |
| SPY Jun 11 133.00 Call | 32516140 | 2011/05/05 14:33:38 | 2011/05/05 14:32:47 | Buy to Open | 100.0 / 0 | $3.08 Limit | Day | Cancele |
| TUFF Stock | 32499323 | 2011/05/05 10:38:19 | 2011/05/05 10:38:13 | Buy to Open | 5,000.0 / 5,000.0 | $.12 Limit | GTC | Filled |
| - ATLS Spread | 32426282 | 2011/05/03 15:02:27 | 2011/05/03 12:59:42 | Spread | -- / -- | -$3.20 Limit | Day | Partial C |
| ATLS Jun 11 30.00 Call | | | | Buy to Close | 100 / 42 | | | |
| ATLS Jul 11 22.50 Call | | | | Sell to Close | 100 / 42 | | | |
| KEP May 11 12.50 Call | 32238106 | 2011/05/03 12:10:17 | 2011/04/26 14:35:17 | Sell to Open | 300.0 / 300.0 | $.25 Limit | GTC | Filled |
| - SPY Spread | 32410919 | 2011/05/03 10:42:47 | 2011/05/03 09:11:51 | Spread | -- / -- | -$1.51 Limit | Day | Filled |
| SPY May 11 133.00 Call | | | | Sell to Close | 100 / 100 | | | |
| SPY May 11 135.00 Call | | | | Buy to Close | 100 / 100 | | | |
| - SPY Spread | 32409984 | 2011/05/03 09:11:52 | 2011/05/03 09:11:16 | Spread | -- / -- | -$1.52 Limit | Day | Cancele |
| SPY May 11 133.00 Call | | | | Sell to Close | 100 / 0 | | | |
| SPY May 11 135.00 Call | | | | Buy to Close | 100 / 0 | | | |
| KEP Jun 11 12.50 Call | 32259158 | 2011/05/03 08:33:28 | 2011/04/27 09:53:51 | Sell to Close | 100.0 / 100.0 | $.35 Limit | GTC | Filled |
| - ATLS Spread | 32394963 | 2011/05/02 15:02:28 | 2011/05/02 14:39:56 | Spread | -- / -- | -$3.90 Limit | Day | Cancele |
| ATLS Jun 11 30.00 Call | | | | Buy to Close | 100 / 0 | | | |
| ATLS Jul 11 22.50 Call | | | | Sell to Close | 100 / 0 | | | |
| - SPY Spread | 32394452 | 2011/05/02 14:45:44 | 2011/05/02 14:40:53 | Spread | -- / -- | -$1.49 Limit | Day | Filled |
| SPY May 11 133.00 Call | | | | Sell to Close | 100 / 100 | | | |
| SPY May 11 135.00 Call | | | | Buy to Close | 100 / 100 | | | |
| - SPY Spread | 32393665 | 2011/05/02 14:40:54 | 2011/05/02 14:14:37 | Spread | -- / -- | -$1.55 Limit | Day | Cancele |
| SPY May 11 133.00 Call | | | | Sell to Close | 100 / 0 | | | |
| SPY May 11 135.00 Call | | | | Buy to Close | 100 / 0 | | | |
| - ATLS Spread | 32391031 | 2011/05/02 14:39:57 | 2011/05/02 13:59:18 | Spread | -- / -- | -$3.95 Limit | Day | Cancele |
| ATLS Jun 11 30.00 Call | | | | Buy to Close | 100 / 0 | | | |
| ATLS Jul 11 22.50 Call | | | | Sell to Close | 100 / 0 | | | |
| - ATLS Spread | 32388715 | 2011/05/02 13:59:19 | 2011/05/02 13:57:59 | Spread | -- / -- | -$4.00 Limit | Day | Cancele |
| ATLS Jun 11 30.00 Call | | | | Buy to Close | 100 / 0 | | | |
| ATLS Jul 11 22.50 Call | | | | Sell to Close | 100 / 0 | | | |
| - ATLS Spread | 32345466 | 2011/04/29 12:04:34 | 2011/04/29 12:04:31 | Spread | -- / -- | $2.15 Limit | Day | Filled |
| ATLS May 11 25.00 Call | | | | Buy to Close | 100 / 100 | | | |
| ATLS Jun 11 30.00 Call | | | | Sell to Open | 100 / 100 | | | |
| TUFF Stock | 32280339 | 2011/04/28 12:00:20 | 2011/04/27 16:00:12 | Buy to Open | 5,000.0 / 5,000.0 | $.19 Limit | GTC | Filled |
| - NEM Spread | 32294176 | 2011/04/28 09:09:54 | 2011/04/28 09:09:52 | Spread | -- / -- | $3.88 Limit | Day | Filled |
| NEM May 11 60.00 Call | | | | Sell to Open | 50 / 50 | | | |
| NEM Dec 11 60.00 Call | | | | Buy to Open | 50 / 50 | | | |
| - NEM Spread | 32292446 | 2011/04/28 09:09:53 | 2011/04/28 09:08:36 | Spread | -- / -- | $3.86 Limit | Day | Cancele |
| NEM May 11 60.00 Call | | | | Sell to Open | 50 / 0 | | | |
| NEM Dec 11 60.00 Call | | | | Buy to Open | 50 / 0 | | | |
| SVM Dec 11 13.00 Call | 32287812 | 2011/04/28 09:02:38 | 2011/04/28 09:02:19 | Sell to Close | 50.0 / 50.0 | $3.10 Limit | Day | Filled |
| - CDE Spread | 32266619 | 2011/04/27 11:55:24 | 2011/04/27 11:55:05 | Spread | -- / -- | $3.33 Limit | Day | Filled |
| CDE May 11 32.00 Call | | | | Sell to Open | 14 / 14 | | | |
| CDE Sep 11 30.00 Call | | | | Buy to Open | 14 / 14 | | | |
| - SPY Spread | 32258065 | 2011/04/27 09:57:23 | 2011/04/27 09:57:16 | Spread | -- / -- | $1.26 Limit | Day | Filled |
| SPY May 11 133.00 Call | | | | Buy to Open | 100 / 100 | | | |
| SPY May 11 135.00 Call | | | | Sell to Open | 100 / 100 | | | |
| TUFF Stock | 32239402 | 2011/04/27 08:46:14 | 2011/04/26 14:40:18 | Buy to Open | 5,000.0 / 5,000.0 | $.22 Limit | GTC | Filled |
| TUFF Stock | 32240379 | 2011/04/26 14:39:11 | 2011/04/26 14:39:10 | Buy to Open | 5,000.0 / 5,000.0 | $.24 Limit | GTC | Filled |