



Date:06-21-2010 Account█████ Amount:$80,000.00 Serial:5313 ███████
TranCode:2264 InstID:57 DbCr:D Pattern:15



Date:11-26-2010 Account[redacted] Amount:$22,666.31
TR:31100225 TranCode:0 InstID:57 DbCr:D Pattern:15



Date:01-05-2011  Account:▮▮▮▮▮▮▮  Amount:$15,613.83
TranCode:0  InstID:57  DbCr:D  Pattern:15