UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

          -against-

3:11-CV-03183-FLW-TJB

ASSOCIATION FOR BETTERMENT THROUGH
EDUCATION AND LOVE, INC., and
ANTHONY O. DEGREGORIO, SR.,

          Defendants,

and

MARGHERITA DEGREGORIO,

          Relief Defendant.
------------------------------------------------------------------x

## CONSENT ORDER AS TO RELIEF DEFENDANT MARGHERITA DEGREGORIO

    WHEREAS, on June 3, 2011, this Court entered an Order Freezing Assets and Granting Other Relief ("Order"), and the Order froze certain assets of Relief Defendant Margherita DeGregorio;

    WHEREAS, the Order was previously modified by the Court's June 13, 2011 Consent Order Regarding Asset Freeze;

    WHEREAS, on December 14 and 15, 2011, the Court entered final judgments against Association for Betterment through Education and Love, Inc ("ABEL") and Anthony O. DeGregorio, Sr. ("DeGregorio"), respectively; and

    WHEREAS, by Order entered on December 14, 2011, the Court modified the Order to enable payment of monies to the CRIS account to satisfy the judgment against the defendants Association for Betterment through Education and Love, Inc ("ABEL") and Anthony O. DeGregorio, Sr. ("DeGregorio"); and

    WHEREAS, the judgments against ABEL and DeGregorio have now been satisfied; and

    WHEREAS the relief sought by the Commission with respect to Relief Defendant Margherita DeGregorio has been satisfied, as evidenced by the transfer of monies from accounts

held by Margherita DeGregorio to the CRIS Account in partial satisfaction of the judgments against ABEL and DeGregorio; and

WHEREAS Relief Defendant Margherita DeGregorio relinquishes all rights to any monies contained in the CRIS Account; and

WHEREAS, in light of the foregoing, the Commission agrees to dismiss its claims against Relief Defendant Margherita DeGregorio for disgorgement and prejudgment interest, as set forth in the Commission's Complaint dated June 3, 2011; and

WHEREAS, Relief Defendant Margherita DeGregorio hereby waives any rights under the Equal Access to Justice Act, the Small Business Regulatory Enforcement Fairness Act of 1996, or any other provision of law to seek from the United States, or any agency, or any official of the United States acting in his or her official capacity, directly or indirectly, reimbursement of attorney's fees or other fees, expenses, or costs expended by Relief Defendant Margherita DeGregorio to defend against this action. For these purposes, Relief Defendant Margherita DeGregorio agrees that Relief Defendant Margherita DeGregorio is not the prevailing party in this action since the parties have reached a good faith settlement Relief Defendant Margherita DeGregorio agrees that Relief Defendant Margherita DeGregorio is not the prevailing party in this action since the parties have reached a good faith settlement; and

WHEREAS, Relief Defendant Margherita DeGregorio waives any and all rights of appeal in this action; and

WHEREAS, Relief Defendant Margherita DeGregorio agrees that she has read and agrees to this Consent Order voluntarily, and that no promise or threat has been made by the Commission or any member, officer, agent or representative thereof, or by any other person, to induce her agreement to this Consent Order; and

WHEREAS, the Court finds that there is good cause for the entry of this Consent Order and that there is no just reason for delay;

THEREFORE, any order entered in this proceeding freezing Relief Defendant Margherita DeGregorio's assets, including the preliminary injunction, and/or prohibiting Relief Defendant Margherita DeGregorio's transfer of funds or other property, shall be lifted as it pertains to the assets of Relief Defendant Margherita DeGregorio upon entry of this Consent Order; and

THEREFORE, pursuant to this Consent Order, the Court hereby dismisses the Commission's claims against Relief Defendant Margherita DeGregorio for disgorgement and prejudgment interest, as set forth in the Commission's Complaint dated June 03, 2011.

**IT IS SO ORDERED,** at Trenton, New Jersey, on this 30th day of January, 2012.

_____
HON. FREDA L. WOLFSON
UNITED STATES DISTRICT JUDGE

CONSENTED TO AND APPROVED FOR ENTRY BY:

PLAINTIFF SECURITIES AND
EXCHANGE COMMISSION

By: _____          Dated: 1/25/12
Adam S. Grace
3 World Financial Center
New York, NY 10281-1022
(212) 336-0083
*Attorneys for Securities and Exchange Commission*

RELIEF DEFENDANT MARGHERITA DEGREGORIO

By: _____          Dated: _____

THEREFORE, pursuant to this Consent Order, the Court hereby dismisses the Commission's claims against Relief Defendant Margherita DeGregorio for disgorgement and prejudgment interest, as set forth in the Commission's Complaint dated June 03, 2011.

IT IS SO ORDERED, at Trenton, New Jersey, on this ___ day of _____, 2012.

_____
HON. FREDA L. WOLFSON
UNITED STATES DISTRICT JUDGE

CONSENTED TO AND APPROVED FOR ENTRY BY:

PLAINTIFF SECURITIES AND
EXCHANGE COMMISSION

By: _____          Dated: _____
Adam S. Grace
3 World Financial Center
New York, NY  10281-1022
(212) 336-0083
*Attorneys for Securities and Exchange Commission*

RELIEF DEFENDANT MARGHERITA DEGREGORIO

By: *Margherita DeGregorio*                    Dated: 1/25/12

3